# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS dba AA WHOLESALE DEALS, a New Jersey company,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br><br>Case No.: 2:23cv00845-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Apothecary Movement, LLC filed its Complaint in this matter on November 16, 2023. On November 22, 2023, Defendant BH Elegant Linens, LLC dba AA Wholesale Deals was served with the Summons and Complaint in this action. Under Federal Rule of Civil Procedure 12, Defendant has not answered or otherwise responded to the Complaint and the time allowed by law for Defendant to answer or respond has expired. The default of Defendant under Federal Rule of Civil Procedure 55(a) and DUCivR 55-1(a) is hereby entered.

Dated: 18th day of November 2023.

GARY P. SERDAR, CLERK OF COURT:

*[signature: Jiffo Brown]*

_____