Jordan K. Cameron **(12051)**
**CAMERON RINGWOOD, LC**
6975 South Union Park Avenue
Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
Email: jordan@cameronringwood.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS dba AA WHOLESALE DEALS, a New Jersey company,<br><br>Defendants. | **JUDGMENT BY DEFAULT**<br><br><br>Case No.: 2:23cv00845-DAO<br><br>Magistrate Judge Daphne A. Oberg |

This matter came on regularly for disposition by the Court pursuant to Plaintiff's *Motion for Entry of Judgment by Default*.

Having entered the Default of Defendant BH Elegant Linens, LLC dba AA Wholesale Deals ("Defendant") herein on _____ day of _____, 2023, having considered Plaintiff's request that Judgment by Default be entered against Defendant consistent with the allegations of the *Complaint* and supporting *Declaration of Jordan K. Cameron* and including

the confirmation that Defendant is neither in the military service, nor an infant or incompetent person, and finding good cause,

IT IS HEREBY ORDERED that Judgment be and is hereby entered against Defendant and in favor of Plaintiff as follows:

    I.      Entry of judgment against Defendant BH Elegant Linens, LLC dba AA Wholesale Deals in the amount of $726,394.00.

    II.     Post-judgment interest at 6.73%.

    III.    Cost and fees of collection.

DATED this _____ day of _____, 2023.

                                                                                            Clerk of the Court