# United States District Court

### District of Utah

APOTHECARY MOVEMENT, LLC, a Utah limited liability company,

Plaintiff,

v.

BH ELEGANT LINENS dba AA WHOLESALE DEALS, a New Jersey company,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-845-HCN-DAO

IT IS ORDERED AND ADJUDGED

1. That default judgment is granted in favor of the plaintiff and against the defendant;

2. That compensatory damages are awarded to plaintiff in the amount of $726,394 plus post judgment interest at the statutory rate of 6.73% and cost and fees of collection.

February 26, 2024
Date

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge