FILED
2024 MAR 6 PM 1:14
CLERK
U.S. DISTRICT COURT

AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

APOTHECARY MOVEMENT, LLC, a Utah
limited liability company,

Plaintiff,

v.

BH ELEGANT LINENS dba AA
WHOLESALE DEALS, and SWIFT
INNOVATIONS; a New York limited
liability company,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-845-HCN-DAO

IT IS ORDERED AND ADJUDGED

1.  That default judgment is granted in favor of the plaintiff and against the
    defendant;

2.  That compensatory damages are awarded to plaintiff in the amount of $726,394
    plus post judgment interest at the statutory rate of 6.73% and cost and fees of
    collection.

March 6, 2024

_Date_

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge