CLERK, U.S. DISTRICT COURT
351 SOUTH WEST TEMPLE STREET
ROOM 1.100
SALT LAKE CITY, UT  84101

RECEIVED CLERK
APR 0 9 2024
U.S. DISTRICT COURT

2:23-CV-845-HCN

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

## NOTICE OF GARNISHMENT AND EXEMPTIONS

## YOUR MONEY MAY BE TAKEN TO PAY A CREDITOR.
## PLEASE READ THIS NOTICE CAREFULLY

The attached Writ of Garnishment and Answers to Garnishee Interrogatories have been issued on request of a creditor (the plaintiff) who sued you and won and got a judgment against you (or a prejudgment Writ of Garnishment has been issued against you). This means that money held for you by the garnishee (such as your bank or employer) may be taken by the Plaintiff to pay a judgment against you. If you are not sued but own an account with someone who was sued, read this Notice too.

The law provides that certain monies cannot be taken to pay judgments. Such money is said to be exempt. The following is a partial list of funds that are exempt:

* Social Security Benefits           * Alimony or Child Support
* Supplemental Security Income (SSI) * Veterans' Benefits
* Certain Pensions                   * Workers' Compensation benefits
* Unemployment Benefits
* Public Assistance (Welfare)
* Part of your wages (all of your wages if the Writ of Garnishment is issued prior to any judgment being rendered against you)
* Property or money of a person who did not have a judgment entered against them.

There may be additional exemptions. There is no exemption solely because you are having difficulty paying your debts. The above exemptions may not apply to judgments for alimony and child support.

The law also recognizes that if the money or property that are to be taken belong to you, but the judgment is not against you, your money should not be taken.

If you are a co-owner of property that is taken, you should request a hearing to protect your share.

**IF THE MONEY IN AN ACCOUNT DOES NOT BELONG TO YOU, OR IF YOU ARE AWARE OF OTHER REASONS WHY THIS MONEY SHOULD NOT BE TAKEN, YOU MAY WANT TO CONSULT AN ATTORNEY.**

**BANK OF AMERICA** 

Bank Of America N.A., Legal Order Processing, DE5-024-02-08
P.O. Box 15047, Wilmington, DE 19850



US POSTAGE ™ PITNEY BOWES

Presort
First Class Mail
ComBasPrice

ZIP 85034 $ 000.54⁷
02 4W
0000387317 APR 04 2024

Confidential



BRK-IAB 84101