Richard A. Kaplan
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
*Attorneys for Swift Innovations, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dbas AA WHOLESALE DEALS; and SWIFT INNOVATIONS, a New York limited liability company,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br><br>Civil No. 2:23-cv-00845-HCN-DAO<br><br>Judge Howard C. Nielson, Jr. |

I certify that on this 15th day of April, 2024, I caused a true copy of Swift's Supplemental, Evidentiary Submission in Support of Motion to Set Aside Default Judgment and to Vacate Writ of Garnishment for Lack of Jurisdiction, the Declaration of Avi Alhakim in Support of Motion to Set Aside Default Judgment and to Vacate Writ of Garnishment for Lack of Jurisdiction, and Exhibits 1 through 4 to be served via the court's electronic filing system upon the following:

Jordan K. Cameron
jordan@cameronringwood.com
CAMERON RINGWOOD, LC
6975 South Union Park Avenue, Suite 600
Cottonwood Heights, UT 84047
*Attorneys for Apothecary Movement, LLC*

                 */s/ Echo Peterson*
                 Echo Peterson