Richard A. Kaplan
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
Attorneys for _____

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dbas AA WHOLESALE DEALS; and SWIFT INNOVATIONS, a New York limited liability company,<br><br>Defendants. | DECLARATION OF AVI ALHAKIM IN SUPPORT OF MOTION TO SET ASIDE DEFAULT JUDGMENT AND TO VACATE WRIT OF GARNISHMENT FOR LACK OF JURISDICTION<br><br>Civil No. 2:23-cv-00845-HCN-DAO<br><br>Judge Howard C. Nielson, Jr. |

I, Avi Alhakim, a resident of the State of New Jersey, United States of America, hereby Declare under oath and penalty of perjury as follows:

1. I am the member-manager of Swift Innovations, LLC, a New Jersey Limited Liability Company and, having caused Swift Innovations, LLC to be formed, I have firsthand knowledge of its formation as a legal entity under the laws of New Jersey.

2. I was previously member-manager of BH Elegant Linens, LLC, a New York Limited Liability Company and, having caused BH Elegant Linens, LLC to be formed, I have firsthand knowledge of its formation as a legal entity under the laws of New York.

1 of 3

3. Swift Innovations, LLC was formed on October 17, 2023. Exhibit 1 is a true and accurate copy of the Certification of Formation I received on or about that date from the New Jersey Department of the Treasury, Division of Revenue and Enterprise Services.

4. The Internal Revenue Service on October 17, 2023 assigned Swift Innovations, LLC, Employer Identification No. 93-3947224. Exhibit 2 is a true and accurate copy of a notice I received on or about that date from the IRS assigning Swift that Employer Identification Number.

5. BH Elegant Linens, LLC was formed on November 23, 2020. Exhibit 3 is a true and accurate copy of the Articles of Organization of BH Elegant Linens, LLC on or around that same date.

6. Exhibit 4 is a true and accurate copy, with financial information redacted, of the 2022 federal tax return for BH Elegant Linens, LLC, reflecting that the IRS assigned BH Elegant Linens, LLC, Employer Identification No. 85-4002137. of December 1, 2023.

Further Declarant sayeth not.

Dated: April 15, 2024        Signed: _____

Subscribed and sworn before me:

TUNIE JARADEH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JA6362867
Qualified in Kings County
Commission Expires August 7, 2025

2 of 3