Jordan K. Cameron **(12051)**
**CAMERON RINGWOOD, LC**
6975 South Union Park Avenue
Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
Email: jordan@cameronringwood.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dbas AA WHOLESALE DEALS and SWIFT INNOVATIONS, a New York limited liability company,<br><br>Defendants. | **DECLARATION OF JORDAN K. CAMERON**<br><br><br>Case No.: 2:23cv00845-HCN-DAO<br>Judge Howard C. Nielson, Jr. |

I, Jordan Cameron, being first duly sworn and having personal knowledge of the matters asserted herein, do hereby declare as follows:

1. I am an adult residing in the State of Utah. I am a member of the Utah State Bar and am licensed to practice law in the State of Utah. My bar number is 12051. I am a founding partner of Cameron Ringwood, LC, and Plaintiff's attorney in this case.

2. On February 26, 2024, this Court entered judgment in this case against Defendant. (*See* Doc 23).

3. After waiting 31 days, on March 28, 2024, my firm filed a *Motion for Writ of Garnishment* for Bank of America. (*See* Doc 25).

4. The *Writ of Garnishment* was entered on the docket on March 29, 2024. (*See* Doc 27).

5. On April 23, 2024, I received notice from Bank of America that it has seized $423,312.67 from the account.

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 24th day of April 2024.

_____
Jordan K. Cameron