# EXHIBIT 1

EXHIBIT 1

Jordan K. Cameron **(12051)**
**CAMERON RINGWOOD, LC**
6975 South Union Park Avenue
Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
Email: jordan@cameronringwood.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dbas AA WHOLESALE DEALS and SWIFT INNOVATIONS, a New York limited liability company,<br><br>Defendants. | **DECLARATION OF ASIF SHAIKH**<br><br><br>Case No.: 2:23cv00845-HCN-DAO<br>Judge Howard C. Nielson, Jr. |

I, Asif Shaikh, being first duly sworn and having personal knowledge of the matters asserted herein, do hereby declare as follows:

1. I am one of the owners of Apothecary Movement, LLC, the Plaintiff in this case.

2. I am over the age of 18 and competent to testify to the matters herein.

3. Beginning in or around January 3, 2023, Apothecary entered into agreement with Defendant to supply new goods to Amazon warehouses on Apothecary's behalf.

4.   Pursuant to their agreement, Apothecary would select certain new items and quantities, and pay Defendant for those items.

5.   Defendant would supply the items directly to Amazon warehouses.

6.   All items were required to be new.

7.   In or around August 2023, Amazon suspended Apothecary's seller account and cancelled its pending sales.

8.   Amazon took these measures after it was discovered that various sold goods were not as advertised, and that inventory quantities were misstated.

9.   The goods in question were distributed by Defendant.

10. Rather than providing new items, as was required by the Parties' agreement, Defendant supplied refurbished or used goods.

11. In a letter to Amazon of August 28, 2023, Defendant acknowledged fault for providing refurbished goods when Apothecary "had only ordered new, unopened items in their original packaging."

12. Apothecary has gone to great length to re-onboard with Amazon, including following Amazon's appeal process and retaining third-party experts to assist. Despite their attempts, Apothecary has not been onboarded. As the result, Apothecary has lost on average $169,195 per month in revenue since August 2023.

13. On September 11, 2023, I sent a text to Mr. Avi Alhakim, the sole owner of Defendant, telling him we were preparing a lawsuit against him. Exhibit A hereto is a true and correct copy of the text.

14. I have since learned through this lawsuit that, after receiving my text, on October 17, 2023, Avi setup a new business called Swift Innovations, LLC. I have also learned that Avi opened an account in his and Swift Innovations names with Bank of America on October 17, 2023.

15. On October 26, 2023, my attorney sent Avi a demand letter regarding this dispute. Exhibit B is a true and correct copy of the letter.

16. In the letter, we notified Defendant that damages in this case could be anywhere between $647,097 and $1,408,484.

17. I have since learned through this lawsuit that, after receiving our demand letter, on November 3, 2023, Avi transferred more than $900,000 from the Defendant's bank account (the account Avi knew that I knew about because it was listed on the invoices he sent me) into the new account in his and Swift Innovations' names (an account Avi knew I did not know existed). Exhibit C is a true and correct copy of bank statements for Defendant's Chase Bank account showing the $918,154.80 wire transfer to the new account.

18. On November 16, 2023, my attorneys filed the *Complaint* in this case.

19. On the same day, we served the *Complaint* at the listed corporate address for Defendant. Exhibit D is a true and correct copy of Defendant's business registration record with the State of New York.

20. The registration does not identify a registered agent or suite address.

21. I have been to the building where Defendant was served. As I recall, there is only one door and a person at the front desk who knows the identity of the occupants and interacts

with them. For example, if I were to knock at the door and be let in, the person at the front desk would call Avi to let him know I was there.

22. On December 1, 2023, I sent a text to Avi stating, "Hey Avi you know we have filed a complaint against you." Exhibit E is a true and correct copy of the text message.

23. Avi ignored me, then later claimed he was out of town.

24. However, despite that he claimed to be out of town, on the same day I texted him, and about a week after we served him with the *Summons* and *Complaint*, Avi filed *Articles of Dissolution* for Defendant with the State of New York. Exhibit F, is a true and correct copy of the Articles we obtained from the State of New York.

25. Within a few days, Avi began directing Defendant's clients to pay invoices to his new account. Exhibit G is a true and correct copy of Avi's email and invoice showing the new Bank of America account.

26. On December 14, 2023, I sent another text Avi telling him, "we are going to get default judgment against you today if you don't work with us." (*See* Exh. E)

27. That same day, I spoke with Avi on the phone.

28. Our telephone call lasted two minutes. During the call, we talked about the lawsuit and the fact that Apothecary was going to get a default judgment against Defendant if Defendant did not respond. Avi told me that he was aware of the lawsuit but that he did not have time to respond. Avi also said times are tough and that he will settle the lawsuit for $5,000. I got upset told him his offer was ridiculous and that I would let the lawyers handle it.

29. Avi did not disclose the fact that he had set up a new business and account or that he had transferred all of Defendant's money into the new account in his and Swift Innovations' names.

He also did not disclose that he had directed Defendant's clients to pay their invoices into the new account.

30. The Court entered Default four days after our telephone call on December 18, 2023.

31. Based on my communications with Avi, I can testify that Avi did received service of the Complaint, that he was aware of the Complaint, and that he knew he needed to respond. Instead, based on what I have since learned, Avi took efforts to simply move Defendant's money around to evade collection of a judgment.

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 24th day of April 2024.


/s/ Asif Shaikh
Asif Shaikh


(* I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action.

*Declaration electronically signed, pursuant to U.C.A. § 46-4-201(4) and District Of Utah CM/ECF and E-filing guidelines)

# EXHIBIT A

EXHIBIT A

2:12

**Avi Alhakim**

THIS

Sep 11, 2023    2:50 PM ✓✓

WE ARE PREPARING A LAWSUIT
AGAINST YOU SINCE THE
ACCOUNT IS DOWN BCOZ OF
YOU                            2:50 PM ✓✓

it is a 1 sec answer    2:50 PM ✓✓

**You**
ok you can text here: the question i have is
when you edit invoices, lets say maybe the
cost was wrong, do you edit the pdf or do...

NEED AN ANSWER TO THIS
                              2:58 PM ✓✓

do you edit the invoices in the
system or in pdf    2:58 PM ✓✓

I'll call you in an hour I can't now
got real                  2:59 PM

OMG    2:59 PM ✓✓

look at the questin    2:59 PM ✓✓

the time you are taking to write
other messages, by now you could
have already respionded to the
answer                2:59 PM

# EXHIBIT B

EXHIBIT B



Jordan Cameron
jordan@cameronringwood.com
O. 385-463-2425
D. 385-436-2419

6975 South Union Park Ave.
Suite 600
Cottonwood Heights, UT
84047

October 26, 2023

<u>**CONFIDENTIAL**</u>
<u>**VIA ELECTRONIC MAIL**</u>

BH Elegant Linens
c/o Avi Alhakim
55 Talmage Road
Edison, New Jersey 08817
Email - avialhakim1@gmail.com

**Re: Apothecary Movement Amazon Termination**

Mr. Alhakim,

This firm represents Apothecary Movement, LLC ("Apothecary"), regarding various business matters and disputes. As you are aware, in or around August 2023, Amazon suspended Apothecary's seller account and cancelled its pending sales. Amazon took these measures after it was discovered that various sold goods were not as advertised, and that inventory quantities were misstated. The goods in question were distributed by you. Specifically, refurbished Netgear N600 Cable Modem Routers. In your letter to Amazon of August 28, 2023, you acknowledged fault for providing refurbished goods when Apothecary "had only ordered new, unopened items in their original packaging." We have also determined (which you have acknowledge through partial refund) that you sold 300 used Kalorik Fryers, which were advertised as new goods.

Additionally, we have performed an audit of ordered and warehoused goods and have found that on several occasions, you short-shipped goods resulting in a deficiency of 130 Xbox Elite controllers (with a value of $14,950), and 222 units of Olay (with a value of $2,264) which Apothecary paid for and counted among its inventory.

While Apothecary has endeavored to salvage its Amazon relationship, including retaining subject matter experts and consultants, to whom Apothecary has paid $5,300, and exhausting appeal rights, Amazon has yet to reinstate Apothecary. These efforts continue.

Prior to this disruption, Apothecary's profits from its Amazon sales were, on average, $169,195 per month. Apothecary has lost all of this income since late August 2023 with no possible reinstatement date in sight. Further, Apothecary has lost access to inventory which it cannot sell through another marketplace in order to mitigate against its loss.

As you are aware, Apothecary is a Utah business and your dealings with Apothecary invoke Utah law. Utah's Truth in Advertising Act defines as "Deceptive trade practices" the following acts: "represent[ing] that goods . . . have . . . characteristics . . .that they do not have[;]" and "represent[ing] that goods are original or new if they are . . . reconditioned . . . ." Utah Code § 13-11a-3(1)(e), 4(2)(c). Through the acts described, you have violated the Utah Code, thereby entitling

1 of 2



Jordan Cameron
jordan@cameronringwood.com
O. 385-463-2425
D. 385-436-2419

6975 South Union Park Ave.
Suite 600
Cottonwood Heights, UT
84047

Apothecary to damages. Pursuant to Utah Code § 13-11a-4, Apothecary is entitled to its actual loss, plus attorneys fees.

Moreover, under common law, specifically, breach of contract, breach of duties of good faith and fair dealing, and interference with contractual relationships, Apothecary is entitled to its actual and expected loss.

To date, Apothecary's actual loss equals at least $393,304 computed as follows:

1. $20,400 ($32,400 paid for Netgear Modems less $12,000 refunded)
2. $12,000 ($24,000 paid for Kalorik Fryers less $12,000 refunded)
3. $14,950 (shorted Xbox controllers)
4. $2,264 (shorted Olay units)
5. $5,300 (Amazon consultant fees)
6. $338,390 (lost Amazon sales profit)

Apothecary's expected loss far exceeds this amount and will be determined based on the reinstatement date with Amazon, if at all. If Apothecary is reinstated, we anticipate such will not occur for at least another 6 weeks. If Apothecary is not reinstated, we expect Apothecary will not begin to recoup against further losses through alternative marketplaces for at least 6 months. Accordingly, the low end of Apothecary's expected loss is $647,097, whereas the high end could exceed $1,408,484.

These losses are the proximate result of your conduct, and through this letter, we request that you engage in good faith resolution with Apothecary with the purpose of making Apothecary whole. While I do not yet have authority to make a specific monetary demand, this letter serves as a formal request for negotiation in good faith. Please respond by no later than **Friday, November 3, 2023**, to let us know whether you are willing to engage in such resolution discussion. Apothecary is willing to negotiate based on the lower end of its expected loss if we are able to reach a resolution promptly. However, if we do not hear from you, we will consider escalating this matter through the filing of a *Complaint* in Federal District Court and will seek the maximum amount of available damages plus attorneys fees.

Please direct all future communication to me. I look forward to hearing from you.

Sincerely,

CAMERON RINGWOOD, LC

Jordan Cameron

# EXHIBIT C

# EXHIBIT C



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2023 through November 30, 2023
Account Number:                1880

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls



00021448 DRE 802 141 33923 NNNNNNNNNNN T  1 000000000 D2 0000
BH ELEGANT LINENS LLC
55 TALMADGE RD
EDISON NJ 08817-3338

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $904,390.13 |
| Deposits and Additions | 6 | 29,863.79 |
| ATM & Debit Card Withdrawals | 5 | -4,876.76 |
| Electronic Withdrawals | 7 | -924,390.48 |
| Other Withdrawals | 2 | -4,981.68 |
| Fees | 1 | -5.00 |
| Ending Balance | 21 | $0.00 |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic debits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Please note that this account was closed on 11/10/23.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Fedwire Credit Via: TD Bank, NA/011103093 B/O: Quality Wholesale Group Corp Brooklyn, NY 11235-0000 Ref: Chase Nyc/Ctr/Bnf=Bh Elegant Linens LLC Edison NJ 08817-3338 US/Ac-000 000006716 Rfb=O/B TD Bank, NA Imad: 1101Mmqfmpyq001276 Trn: 0236051305Ff | $21,000.00 |
| 11/02 | Orig CO Name:Ali Khalil        Orig ID:S941687665 Desc Date:231102 CO Entry Descr:Sender  Sec:CTX  Trace#:113000024469758 Eed:231102  Ind ID:681675512 Ind Name:0000Aa Wholesale Doa Trn: 3064469758Tc | 3,850.00 |
| 11/06 | Card Purchase Return    11/05 Amzn Mktp US Amzn.Com/Bill WA Card 2865 | 70.74 |
| 11/06 | Card Purchase Return    11/05 Amzn Mktp US Amzn.Com/Bill WA Card 2865 | 27.21 |
| 11/08 | Book Transfer Credit B/O: Prime Prep CO. Clifton NJ 07011-2118 US Ref: Inv 596/Bnf/Inv 596 Trn: 3197343311Es | 4,850.00 |
| 11/10 | Credit / Deposit | 65.84 |
| **Total Deposits and Additions** | | **$29,863.79** |

Page 1 of 4

**SB1569552-F1**

**CHASE** ⬡

November 01, 2023 through November 30, 2023
Account Number:                  1880

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 11/01 | Card Purchase | 10/31 Khasky?S Marketplace Brooklyn NY Card 2865 | $27.85 |
| 11/01 | Card Purchase | 10/31 The Prime Cut - Brookl Brooklyn NY Card 2865 | 21.80 |
| 11/02 | Card Purchase | 11/01 Paypal *Shangqufw7C 4029357733 Card 2865 | 4,800.00 |
| 11/06 | Card Purchase | 11/05 Py *Sushi Tokyo Kings H Brooklyn NY Card 2865 | 23.84 |
| 11/06 | Card Purchase | 11/05 Py *Sushi Tokyo Kings H Brooklyn NY Card 2865 | 3.27 |
| **Total ATM & Debit Card Withdrawals** | | | **$4,876.76** |

## ATM & DEBIT CARD SUMMARY

Avi Alhakim  Card 2865

|  |  |
|--|--|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,876.76 |
| Total Card Deposits & Credits | $97.95 |

ATM & Debit Card Totals

|  |  |
|--|--|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,876.76 |
| Total Card Deposits & Credits | $97.95 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01 | Orig CO Name:3PI Business Inc     Orig ID:1273554694 Desc Date:231101 CO Entry Descr:ACH Debit3Sec:CCD   Trace#:221970448772969 Eed:231101   Ind ID:Superior Living Ind Name:Superior Living Trn: 3058772969Tc | $8.68 |
| 11/01 | Zelle Payment To Nexdeal Zelle 18883786531 | 3,434.00 |
| 11/01 | Zelle Payment To Rod Filio 18884441402 | 1,000.00 |
| 11/01 | Zelle Payment To Viko Laham Zelle 18886561346 | 225.00 |
| 11/02 | Orig CO Name:Bmwfinancial Svs     Orig ID:1222568977 Desc Date:231101 CO Entry Descr:Bmwfs Pymtsec:PPD   Trace#:021000020087203 Eed:231102   Ind ID: Ind Name:Faraj Hakim 4004255943 Trn: 3060087203Tc | 568.00 |
| 11/02 | Zelle Payment To Rod Filio 18897104929 | 1,000.00 |
| 11/03 | 11/03 Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Swift Innovations Imad: 1103Mmqfmp2M031296 Trn: 3565743307Es | 918,154.80 |
| **Total Electronic Withdrawals** | | **$924,390.48** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/08 | Zelle Payment To Avi Alhakim Jpm99A4Pflh4 | $4,915.84 |
| 11/09 | Debit DDA - Check Charge | 65.84 |
| **Total Other Withdrawals** | | **$4,981.68** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/03 | Service Charges For The Month of October | $5.00 |
| **Total Fees** | | **$5.00** |

Page 2 of 4



November 01, 2023 through November 30, 2023
Account Number: ██████1880



## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/01 | $920,672.80 |
| 11/02 | 918,154.80 |
| 11/03 | -5.00 |
| 11/06 | 65.84 |
| 11/08 | 0.00 |
| 11/09 | -65.84 |
| 11/10 | 0.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4



November 01, 2023 through November 30, 2023
Account Number:                    1880

This Page Intentionally Left Blank

Page 4 of 4

# EXHIBIT D

# EXHIBIT D

# Department of State
## Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** BH ELEGANT LINENS LLC

**DOS ID:** 5883736

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** INACTIVE

**DATE OF INITIAL DOS FILING:** 11/23/2020

**REASON FOR STATUS:** VOLUNTARILY DISSOLVED

**EFFECTIVE DATE INITIAL FILING:** 11/23/2020

**INACTIVE DATE:** 12/01/2023

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** NOT REQUIRED

**COUNTY:** KINGS

**NEXT STATEMENT DUE DATE:**

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** BH ELEGANT LINENS LLC

**Address:** 55 TALMADGE RD, EDISON, NJ, UNITED STATES, 08817

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

**Name:**

**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

# EXHIBIT E

# EXHIBIT E

10:48

Avi Alhakim

the invoice through PDF rather than editing it through our system.

5:27 PM ✓✓

**Wed, Nov 8**

Avi  10:29 AM ✓✓

**Fri, Dec 1**

Hey Avi you know we have filed a complaint against you. Let me know if you would like to discuss, we can get on a call  2:24 PM ✓✓

**Mon, Dec 4**

Let me know  1:00 PM ✓✓

**Thu, Dec 14**

Avi we are going to get default judgment against you today if you don't work with us  7:36 AM ✓✓

Hi sorry was away didnt see any messages

7:42 AM

# EXHIBIT F

EXHIBIT F

From: SA Time        Fax: 13477025945        To: NYS DOS        Fax: (518) 474-1418        Page: 3 of 4        12/01/2023 9:13 AM

**NEW YORK** STATE OF OPPORTUNITY.   **Division of Corporations, State Records and Uniform Commercial Code**

New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# ARTICLES OF DISSOLUTION
## OF

BH ELEGANT LINENS LLC

*(Insert name of Domestic Limited Liability Company)*

Under Section 705 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

BH ELEGANT LINENS LLC

If the name of the limited liability company has been changed, the name under which it was organized is:_____

**SECOND:** The date of filing of the articles of organization is: 11/23/2020

**THIRD:** The event giving rise to the filing of the articles of dissolution is:

*(Check appropriate statement)*

[■] The vote or written consent of a majority in interest of the members of the limited liability company.

[ ] There are no members of the limited liability company.

[ ] Pursuant to the dissolution date set forth in the articles of organization or operating agreement of the limited liability company.

[ ] The following event, as specified in the operating agreement:

_____

[ ] The entry of a decree of judicial dissolution.

x _Avi Alhakim_
*(Signature)*

AVI ALHAKIM
*(Type or print name)*

Capacity of Signer *(Check appropriate box):*

[■] Member

[ ] Manager

[ ] Authorized Person

DOS-1366-f (Rev. 03/17)

Page 1 of 2

Filed with the NYS Department of State on 12/01/2023
Filing Number: 231201041207 DOS ID: 5883736

From: SA Time    Fax: 13477025945    To: NYS DOS    Fax: (518) 474-1418    Page: 4 of 4    12/01/2023 9:13 AM

# ARTICLES OF DISSOLUTION
## OF

### BH ELEGANT LINENS LLC

*(Insert name of Domestic Limited Liability Company)*

Under Section 705 of the Limited Liability Company Law

Filer's Name and Mailing Address:

**AVI ALHAKIM**

*Name:*

*Company, if Applicable:*

**3399 SHORE PARKWAY**

*Mailing Address:*

**BROOKLYN, NY 11235**

*City, State and Zip Code:*

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing articles of dissolution for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a **$60** filing fee made payable to the Department of State.

*(For office use only.)*

RECEIVED 2023 DEC -1 PH 1:01

DOS-1366-f (Rev. 03/17)

Page 2 of 2

Filed with the NYS Department of State on 12/01/2023
Filing Number: 231201041207 DOS ID: 5883736

# EXHIBIT G

EXHIBIT G

From: **Avi Alhakim** <avialhakim1@gmail.com>
Date: Tue, Dec 5, 2023 at 2:11 AM
Subject: Re: WHOLESALE INFO.
To: Beautix Inc. <beautixinc@gmail.com>

On Mon, Dec 4, 2023 at 4:56 PM Beautix Inc. <beautixinc@gmail.com> wrote:
PLS SEND INVOICE & WIRE DETAILS HERE

On Mon, Dec 4, 2023 at 4:41 PM Beautix Inc. <beautixinc@gmail.com> wrote:
Legal Company Name: BEAUTIX INC
Country of Registration: USA
Country of Banking: USA
Full Company Business address: 4747 N NOB HILL RD STE 5
SUNRISE FL 33351
Company Phone: 8773770770
Company  BEAUTIXINC@GMAIL.COM

Invoice_100924368_2023-12-05.pdf
67K



# INVOICE

BILL TO
**BEAUTIX INC**

United States

8773770770
BEAUTIXINC@GMAIL.COM

**Invoice Number:** 100924368
**Invoice Date:** December 5, 2023
**Payment Due:** December 5, 2023
**Amount Due (USD):** $7,500.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **La Mer Moisturizing Cream 3.4 Oz** | 50 | $150.00 | $7,500.00 |
| | | **Subtotal:** | $7,500.00 |
| | | **Total:** | $7,500.00 |
| | | **Amount Due (USD):** | **$7,500.00** |

**Notes / Terms**
WIRING INFO:
Bank Of America
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: Swift Innovations
Acct#: ████4855
Routing#: ████████

Once the order is confirmed and paid, it cannot be canceled, modified or changed. Purchaser is responsible for arranging shipping for the products listed in this invoice. Please note that we do not take responsibility for any item that is restricted to sell on Amazon, restricted to send to FBA and/or restricted in any other marketplaces.

We do not claim any Intellectual Properties of any offers presented here in this channel. All copyrights and Intellectual Properties belong to their respective owners. The item may or may not be purchased from manufacturers, distributors, wholesalers, closeouts or liquidation companies.

We take no responsibility for Amazon issues or brand related issues.

We take no responsibility for price fluctuations within Amazon's or any other marketplaces.

If Minimum Advertised Price (MAP) is applicable, we will notify the buyers prior payment.

For any claims of shortages or receipt of damaged goods, you must file a report with the shipping carrier at the time of delivery. All sales are final and no exchange will be arranged.

PLEASE BE INFORMED THAT ALL SALES ARE FINAL.