Jordan K. Cameron **(12051)**
**CAMERON RINGWOOD, LC**
6975 South Union Park Avenue
Suite 600
Cottonwood Heights, UT 84047
Telephone: (385) 463-2425
Email: jordan@cameronringwood.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dbas AA WHOLESALE DEALS and SWIFT INNOVATIONS, a New York limited liability company,<br><br>Defendants. | **REQUEST FOR LEAVE UNDER RULE 67(a) TO INTERPLEAD FUNDS WITH THE COURT**<br><br><br><br>Case No.: 2:23cv00845-HCN-DAO<br>Judge Howard C. Nielson, Jr. |

Pursuant to Fed. R. Civ. P. 67(a) and subject to the *Notice of Interpleader* [Doc 51] which was filed concurrently herewith, Plaintiff requests leave of Court to deposit garnished funds in the amount of $423,312.67 with the Court. In the interest of efficiency and in order to avoid allegations by Defendant of impropriety, Counsel for Plaintiff has mailed a check to the Court for the full amount of the garnished funds on even date herewith.

DATED this 6th day of May 2024.

        /s/ Jordan K. Cameron
        Jordan K. Cameron

## Certificate of Service

      I, the undesigned, certify that on this 6th day of May 2024, I caused a true and correct copy of the foregoing to be served via ECF filing on the following:

Richard A. Kaplan
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
*Attorneys for Swift Innovations, LLC*