# EXHIBIT A

EXHIBIT A



# Investigation Report

| | |
|---|---|
| Client | CMRN Law, LC |
| Reference # | REF-14206431 |
| Subject | Service of Process on BH Elegant Linens dba AA Wholesale Deals |
| Date Complaint Received | 4/24/2024 |
| Date Complaint Closed | 5/1/2024 |

## Issue/Complaint

The Defendant in this case if challenging the legitimacy of service, states he does not know Joe Cohen and Joe is not authorized to accept. ABC will review and provide a report.

## Service Details

ABC's business records document the following:

On 11/22/2023 at 2:27 PM, process server Michael Weinshenker reported to have performed personal service on Defendant BH Elegant Linens dba AA Wholesale Deals at the address of 55 Talmadge Road, Edison, NJ 08817 and provided the following description: "I delivered the documents to Joe Cohen who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with an accent."

The process server submitted the details for the service event on 11/22/2023 at 2:28 PM. At the time of the event submission, the GPS coordinates of 40.531113, -74.389198 were recorded by the process server's mobile device. These coordinates place the process server's device within 220 meters of the service address. GPS coordinates can be offset by cell signal, time of entry, and proximity to buildings. This distance is within the tolerances of expectation.



Reference # REF-14206431
Report prepared by: Melissa Butler

ABC Legal Services
1099 Stewart St, Suite 700, Seattle, WA 98101    Page 1



## Investigation Report

The process server submitted the following photo at the time of service:



### Process Server Statement

ABC's process server related to me, in essence, the following:

The process server states that he has served many documents since the time of this service, so he has to rely on his sworn affidavit. The process server believes the affidavit to be true as he has signed it.

*Reference # REF-14206431*
*Report prepared by: Melissa Butler*

ABC Legal Services
1099 Stewart St, Suite 700, Seattle, WA 98101    Page 2



# Investigation Report

## Investigation Findings

ABC's business records indicate the following:

- 11/17/2023 ABC received documents to be served on BH Elegant Linens dba AA Wholesale Deals at 55 Talmadge Road, Edison, NJ 08817. Please note: A registered agent, corporate officer, and/or authorized person to accept was not listed.
- 11/22/2023 Documents were dispatched to process server Michael Weinshenke. Process server reported personal service on Joe Cohen who advised he was authorized to accept on behalf of the business.

## Action Plan & Remediation

**No remediation necessary**

The process server has acknowledged understanding that the complained of conduct is not advisable and the process server has denied the allegations.

The process server strives at all times to conduct himself in a courteous, professional manner while fulfilling his job duties. On this occasion, the process server denies conducting himself in any manner inconsistent with these objectives.

**Action Plan**

Please advise ABC on the next steps you wish us to take in handling this matter.

---

Reference # REF-14206431  
Report prepared by: Melissa Butler

ABC Legal Services  
1099 Stewart St, Suite 700, Seattle, WA 98101    Page 3