Richard A. Kaplan (13480)
Young Hoffman, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
*Attorneys for BH Elegant Linens, LLC,
d/b/AA Wholesale Deals; Swift Innovations,
LLC; and Avi Alhakim*

**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LIENNS, LLC dbas AA WHOLESALE DEALS; a New York Limited liability company,<br><br>Defendants. | **NOTICE OF LIMITED APPEARANCE OF COUNSEL**<br><br>Civil No. 2:23-cv-00845-HCN-DAO<br><br>Judge Howard C. Nielson, Jr. |

Please take notice that Richard A. Kaplan of Young Hoffman, LLC, enters an appearance as counsel for non-party Avi Alhakim, for the limited purpose of contesting jurisdiction including Plaintiff's Motion to Add him as a Judgment Debtor. All further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

    Richard A. Kaplan
    rkaplan@yahlaw.com
    Young Hoffman, LLC
    175 South Main Street, Suite 850
    Salt Lake City, UT 84111
    Telephone: 801-359-1900

Dated this 4th day of April, 2024.

                                                         */s/ Richard A. Kaplan*
                                                         Richard A. Kaplan
                                                         Young Hoffman, LLC
                                                         *Attorneys for BH Elegant Linens, LLC,*
                                                         *d/b/AA Wholesale Deals; Swift Innovations,*
                                                         *LLC; and Avi Alhakim*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of April, 2024, I caused a true copy of the foregoing **Notice of Appearance of Counsel** to be served via the court's electronic filing system upon the following:

>Jordan K. Cameron
>jordan@cameronringwood.com
>CAMERON RINGWOOD, LC
>6975 South Union Park Avenue, Suite 600
>Cottonwood Heights, UT 84047
>*Attorneys for Apothecary Movement, LLC*

                                                         */s/ Echo Peterson*
                                                       Echo Peterson