# EXHIBIT 2

EXHIBIT 2



**DUCK RIVER TEXTILE**

| WINDOW | BEDDING | SHOWER | ACCESSORIES | BRANDS | ABOUT THE COMPANY |

### COMPANY HISTORY

Duck River Textile, Inc. was founded twenty years ago by the ==Cohen Brothers; Oury, Eili, Raymond, and Joseph==.
They started out in a 30,000 square foot factory, buying fabrics from the U.S. Mills, producing sheet sets, window, and shower curtains.
They have a 75 year family history in Textiles, going back to their Grandfather, who had his own Spinning and Weaving Mill overseas.
He taught his grandsons all about Fabrics and Techniques which they still use until today.

Fifteen years ago, as the U.S. Mills started shutting down one by one, the Cohen Brothers were one of the ☐first who had the foresight to move their factory overseas. They created partnerships and joint ventures in China, which still exist today.

They continue to reinvest and capitalize their partnerships, giving them and their factories a leading edge in the market place.
Duck River has been praised and recognized by many in the industry for their foresight, on time deliveries, and Fashion Forward thinking.

Today our Private Label business and Direct POE orders account for 40 percent of our growing business.

### GROWTH

Duck River has experienced exponential growth the last several years, leading to newly expanded Offices, Warehouses, Showroom, Factories and a wider Customer Base.

### DISTRIBUTION CENTERS

We currently occupy several Distribution Centers, with warehouses on both US Coasts, Vancouver, Canada, as well as in China.
On the East Coast, our Edison, NJ warehouse is equipped with top of the line Drop Ship capabilities.

### CONTACT US

NY // 295 FIFTH AVE SUITE 1106
NEW YORK, NEW YORK 10016

HOME OFFICE // 55 TALMADGE RD
EDISON, NJ 08817

PHONE // 212.679.2980
EMAIL // CONTACT|AT|DUCKRIVERTEXTILE.COM

FIRST NAME *

LAST NAME *

EMAIL ADDRESS *

TELEPHONE NUMBER

| ABOUT THE COMPANY | WHERE TO BUY | CONTACT US | FOLLOW US! |