# EXHIBIT 3

EXHIBIT 3

Case 2:23-cv-00845-HCN   Document 66-3   Filed 05/17/24   PageID.624   Page 2 of 2

136

| 55 Talmadge Road<br>Edison, NJ 08817 | Collateral Asset Summary – Loan No. 15<br>**55 Talmadge** | Cut-off Date Balance: $20,000,000<br>Cut-off Date LTV: 57.3%<br>U/W NCF DSCR: 1.83x<br>U/W NOI Debt Yield: 10.9% |
|---|---|---|

**The Loan.** The 55 Talmadge mortgage loan (the "**55 Talmadge Loan**") is a fixed-rate loan with an original principal balance of $20.0 million and Cut-off Date principal balance of $20.0 million secured by the 55 Talmadge Borrower's fee simple interest in a 269,987 sq. ft. industrial warehouse/distribution building located in Edison, New Jersey (the "**55 Talmadge Property**"). The 55 Talmadge Loan accrues interest at an interest rate of 3.8950% *per annum*. The 55 Talmadge Loan has a 10-year term and amortizes on a 30-year amortization schedule with no interest-only periods.

Loan proceeds were used to retire existing debt of approximately $5.1 million, fund reserves of $59,013, pay closing costs of approximately $0.3 million and return equity of approximately $14.5 million. Based on the appraised value of $34.9 million as of June 27, 2019, the Cut-off Date LTV ratio is 57.3%.

| Sources and Uses |||||||
|---|---|---|---|---|---|
| **Sources** | **Proceeds** | **% of Total** | **Uses** | **Proceeds** | **% of Total** |
| Loan Amount | $20,000,000 | 100.0% | Existing Debt | $5,115,449 | 25.6% |
| | | | Return on Equity[1] | 14,523,516 | 72.6 |
| | | | Closing Costs | 302,023 | 1.5 |
| | | | Reserves | 59,012 | 0.3 |
| **Total Sources** | **$20,000,000** | **100.0%** | **Total Uses** | **$20,000,000** | **100.0%** |

(1) The 55 Talmadge Borrower Sponsor (as defined below) acquired the 55 Talmadge Property when it was 100% vacant in 2012 for $6.6 million. Subsequently, the 55 Talmadge Borrower Sponsors invested an additional $6.3 million in the property for a total cost basis of $12.8 million.

**The Borrower / Borrower Sponsors.** The borrower is BH Properties of Edison LLC (the "**55 Talmadge Borrower**"), a single purpose limited liability company structured to be bankruptcy remote with one independent director in its organizational structure. The non-recourse carveout guarantors and borrower sponsors are Nori Alhakim Cohen, Rahmon Alhakim, and Eili Alhakim (together, the "**55 Talmadge Borrower Sponsors**").

The Alhakim brothers founded Duck River Textile, Inc., the largest tenant at the 55 Talmadge Property, over twenty years ago. Duck River Textile, Inc. specializes in producing window, bedding and shower accessories.

**The Property and Tenants.** The 55 Talmadge Property is a 269,987 sq. ft., 3-story industrial warehouse/distribution building located in Edison, New Jersey. The warehouse property was built in 1970 and renovated in 2016. The 55 Talmadge Property was acquired by the 55 Talmadge Borrower Sponsors in 2012 for $6.6 million and they have invested $6.3 million in capital improvements since the acquisition. The capital improvements include new solar panels across the roof, new commercial elevators, installation of a new racking system, a partial roof replacement, new commercial elevators, HVAC replacement and repair, new loading docks and the build out of interior office space.

The largest tenant at the 55 Talmadge Property is Duck River Textile, Inc. ("**Duck River**") *(155,000 sq. ft.; 57.4% of NRA; 57.9% of U/W Base Rent)* which is an affiliate of the 55 Talmadge Borrower. Moreover, the Duck River lease expires five (5) years after maturity of the 55 Talmadge Loan and the 55 Talmadge Borrower Sponsors have guaranteed the rents under the lease for the duration of the term of the 55 Talmadge Loan. Duck River utilizes its space for its own product lines and logistical services. The company has expanded its footprint over the past several years, occupying distribution centers in the United States, Vancouver, Canada, and China. Duck River's retail partners include Amazon.com, Burlington, Groupon, Home Goods, Marshalls, Nordstrom, Wayfair, TJ Maxx, Dollar General and Family Dollar. Duck River executed a lease in July 2019 with a lease expiration date of June 30, 2034, which does not include any extension options. Duck River has been a tenant at the 55 Talmadge Property since June 2012.

The second largest tenant at the 55 Talmadge Property is Henry's United, Inc. ("**Henry's United**") *(32,000 sq. ft.; 11.9% of NRA; 11.8% of U/W Base Rent)*. Henry's United is a health and beauty distributor/wholesaler that is based out of the 55 Talmadge Property. Henry's United sells products from companies such as Glade, Tide, Irish Springs, Dial, Kleenex, Oral-B, Vaseline, Johnson & Johnson and Bayer. Henry's United executed a lease in April 2019 with a lease expiration date of March 31, 2024, which does not include any extension options. Henry's United has been a tenant at the 55 Talmadge Property since June 2015.

The third largest tenant at the 55 Talmadge Property is Grand Ave Supplies *(22,500 sq. ft.; 8.3% of NRA; 9.0% of U/W Base Rent)*. Grand Ave Supplies is a wholesale food supplier and distributor that was established in 2007. The company primarily operates in the groceries and related products industry within the wholesale trade – nondurable goods sector. The 55 Talmadge Property is Grand Ave Supplies' only location. Grand Ave Supplies executed a lease in April 2019 with a lease expiration date of March 31, 2024, which does not include any extension options. Grand Ave Supplies has been a tenant at the 55 Talmadge Property since April 2015.

The fourth largest tenant at the 55 Talmadge Property is YX1 Logistics LLC, also known as X-Ray Jeans *(22,100 sq. ft.; 8.2% of NRA; 8.2% of U/W Base Rent)*. YX1 Logistics LLC is a clothing company that currently operates a store within the fashion district of New York City and sells merchandise on its website. YX1 Logistics LLC executed a lease in April 2019 with a lease expiration in March 31, 2024, which does not include any extension options.

The remaining tenants at the 55 Talmadge Property include Fashion Apparel, Dust Trap, Phaze One Closeouts, LLC and Sky Paper / Mamrout Paper Group Corporation. No additional tenants account for more than 5.0% of NRA or 4.5% of U/W Base Rent.

The depositor has filed a registration statement (including the prospectus) with the SEC (SEC File No. 333-228697) for the offering to which this communication relates. Before you invest, you should read the prospectus in the registration statement and other documents the depositor has filed with the SEC for more complete information about the depositor, the issuing trust and this offering. You may get these documents for free by visiting EDGAR on the SEC website at www.sec.gov. Alternatively, the depositor or Cantor Fitzgerald & Co., any other underwriter, or any dealer participating in this offering will arrange to send you the prospectus if you request it by calling 1-212-915-1700 or by email to the following address: legal@ccre.com. This free writing prospectus is preliminary, subject to completion, and may be amended or supplemented prior to the time of sale.

137

| 55 Talmadge Road<br>Edison, NJ 08817 | Collateral Asset Summary – Loan No. 15<br>**55 Talmadge** | Cut-off Date Balance: $20,000,000<br>Cut-off Date LTV: 57.3%<br>U/W NCF DSCR: 1.83x<br>U/W NOI Debt Yield: 10.9% |
|---|---|---|

**Tenant Summary**[1]