# EXHIBIT 4

EXHIBIT 4







