# EXHIBIT 5

EXHIBIT 5



# Duck River Textiles, Inc.

**Claim This Company**

**Get a D&B Hoovers Free Trial**

Overview | Added By | Contacts | Financial Statements | Competitors | Co

## Overview

**Company Description:** 🔒

**Key Principal:** Eili Alhakim

See more contacts >

**Industry:** Textile and Fabric Finishing and Fabric Coating Mills, Textile Mills, Manufacturing, Linen fabrics: dyeing, finishing, and printing

See other industries within the

**Printer Friendly View**

**Address:** 295 5TH Ave
New York, NY, 10016-7103
United States

See other locations >

**Phone:** 🔒

**Website:**
www.duckrivertextile.co