# EXHIBIT 6

EXHIBIT 6

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for BH ELEGANT LINENS LLC, File Number 201123010282 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on April 05, 2024.

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100005501196 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

# ARTICLES OF ORGANIZATION
# OF
# BH Elegant Linens LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:**  The name of the limited liability company is:

**BH Elegant Linens LLC**

**SECOND:**  The county, within this state, in which the office of the limited liability company is to be located is KINGS.

**THIRD:**  The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

BH Elegant Linens LLC
55 Talmadge Rd
Edison, NJ 08817

**FOURTH:**  The limited liability company is to be managed by: ONE OR MORE MEMBERS.

**FIFTH:**  The existence of the limited liability company shall begin upon filing of these Articles of Organization with the Department of State.

**SIXTH:**  The limited liability company shall have a perpetual existence.

**SEVENTH:**  The limited liability company shall defend, indemnify and hold harmless all members, managers, and former members and managers of the limited liability company against expenses (including attorney's fees, judgments, fines, and amounts paid in settlement) incurred in connection with any claims, causes of action, demands, damages, liabilities of the limited liability company, and any pending or threatened action, suit, or proceeding. Such indemnification shall be made to the fullest extent permitted by the laws of the State of New York, provided that such acts or omissions which gives rise to the cause of action or proceedings occurred while the Member or Manager was in performance of his or her duties for the limited liability company and was not as a result of his or her fraud, gross negligence, willful misconduct or a wrongful taking. The indemnification provided herein shall inure to the benefit of successors, assigns, heirs, executors, and the administrators of any such person.

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

        Eili  (signature)
_____

Eili , ORGANIZER
55 Talmadge Rd
Edison, NJ 08817

**Filed by:**
Eili
55 Talmadge Rd
Edison, NJ 08817

# FILED WITH THE NYS DEPARTMENT OF STATE ON: 11/23/2020
# FILE NUMBER: 201123010282; DOS ID: 5883736

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for BH ELEGANT LINENS LLC, File Number 231201041207 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on April 05, 2024.

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100005501198 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

From: SA Time   Fax: 13477025945   To: NYS DOS   Fax: (518) 474-1418   Page: 3 of 4   12/01/2023 9:13 AM

**NEW YORK STATE OF OPPORTUNITY.** | **Division of Corporations, State Records and Uniform Commercial Code**

New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# ARTICLES OF DISSOLUTION OF

**BH ELEGANT LINENS LLC**
*(Insert name of Domestic Limited Liability Company)*

Under Section 705 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:
BH ELEGANT LINENS LLC

If the name of the limited liability company has been changed, the name under which it was organized is:_____

**SECOND:** The date of filing of the articles of organization is: 11/23/2020

**THIRD:** The event giving rise to the filing of the articles of dissolution is:
*(Check appropriate statement)*

- [■] The vote or written consent of a majority in interest of the members of the limited liability company.
- [ ] There are no members of the limited liability company.
- [ ] Pursuant to the dissolution date set forth in the articles of organization or operating agreement of the limited liability company.
- [ ] The following event, as specified in the operating agreement: _____
- [ ] The entry of a decree of judicial dissolution.

x *Avi Alhakim*
(Signature)

AVI ALHAKIM
(Type or print name)

Capacity of Signer *(Check appropriate box)*:
- [■] Member
- [ ] Manager
- [ ] Authorized Person

DOS-1366-f (Rev. 03/17)

Page 1 of 2

Filed with the NYS Department of State on 12/01/2023
Filing Number: 231201041207 DOS ID: 5883736

From: SA Time    Fax: 13477025945    To: NYS DOS    Fax: (518) 474-1418    Page: 4 of 4    12/01/2023 9:13 AM

# ARTICLES OF DISSOLUTION
# OF

## BH ELEGANT LINENS LLC
*(Insert name of Domestic Limited Liability Company)*

Under Section 705 of the Limited Liability Company Law

Filer's Name and Mailing Address:

**AVI ALHAKIM**
Name:

Company, if Applicable:

**3399 SHORE PARKWAY**
Mailing Address:

**BROOKLYN, NY 11235**
City, State and Zip Code:

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing articles of dissolution for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a $60 filing fee made payable to the Department of State.

*(For office use only.)*

RECEIVED 2023 DEC -1 PH 1:01

DOS-1366-f (Rev. 03/17)

Page 2 of 2

Filed with the NYS Department of State on 12/01/2023
Filing Number: 231201041207 DOS ID: 5883736