# EXHIBIT 7

EXHIBIT 7

New York and a warehouse in New Jersey.

Defendant Jack Cohen whose legal name is Jack Alhakim (Jack Alhakim),[1] is a son of one of Duck River's co-owners, nonparty Nori ("Oury") Alhakim.[2] Jack Alhakim had access to Duck River's work computers at both of its locations. Unbeknownst to Duck River's chief operating officer (who happens to be Jack Alhakim's uncle), Jack Alhakim created a Duck River work email account (jack@duckrivertextiles.com) and, as a purported member of Duck River's sales force, executed a "Master Supplier Agreement" with plaintiff.[3] Duck River's chief operating officer was emphatic in his pretrial testimony that Jack Alhakim was never employed by Duck River, nor was he ever its sales representative.[4]

[1] Jack's legal name is Alhakim, whereas Cohen is his "a/k/a" (see Jack Alhakim EBT tr [NYSCEF #173] at page 6, line 22 to page 7, line 9).

[2] Duck River is owned in equal shares by three Alhakim brothers: Nori ("Oury") Alhakim, Rahmon Alhakim, and Eli Alhakim. See