# EXHIBIT 8

EXHIBIT 8

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

## SWIFT INNOVATIONS LLC
### 0451036091

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 10/17/2023 and was assigned identification number 0451036091. Following are the articles that constitute its original certificate.

1.  **Name:**
    SWIFT INNOVATIONS LLC

2.  **Registered Agent:**
    AVI ALHAKIM

3.  **Registered Office:**
    55 TALMADGE RD
    EDISON, NEW JERSEY 08817

4.  **Business Purpose:**
    WHOLESALE, GENERAL MERCHANDISE

5.  **Effective Date of this Filing is:**
    10/17/2023

6.  **Members/Managers:**
    AVI ALHAKIM
    62 LANCASTER AVE FL 3RD
    BROOKLYN, NEW YORK 11223

7.  **Main Business Address:**
    55 TALMADGE RD
    EDISON, NEW JERSEY 08817

    **Signatures:**
    AVI ALHAKIM
    AUTHORIZED REPRESENTATIVE

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 17th day of October, 2023

*Elizabeth Maher Muoio*
State Treasurer

Certificate Number : 4222972042
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp