# EXHIBIT 9

EXHIBIT 9

      rahmon alh... 🔍

# R ahmon Alhakim living in Brooklyn, NY

People Search  /  A  /  Alhakim  /  Rahmon Alhakim  /  Details

**Table of Contents** >>

**Current**                                    Confirmed on May 13, 2024

     Rahmon Alhakim

Age 49 *(1975 or 1974)*

[No email address]

[Unknown marital status]

(718) 616-0918  **- Home/LandLine Phone**

(917) 337-7885  **- Wireless**

10 Falmouth St
Brooklyn, NY 11235-3002  



View larger map

Map data ©2024 Imagery ©2024 Airbus, Maxar Technologies

 Looking for Property Owner Info? Search over 157 Million Properties. 7 Day FREE Trial!

View Nearby Addresses

View Full Background Report

*- Sponsored by BeenVerified.com*

**Full Background Report**     *- Sponsored by TruthFinder.com*

5/14/24, 9:32 AM
Rahmon Alhakim living in Brooklyn, NY Contact Details
Case 2:23-cv-00845-HCN    Document 66-9    Filed 05/17/24    PageID.642    Page 3 of 11

 Search People FREE        rahmon alh... 

- Misdemeanors & Felonies - **Unlock!**
- 0  Email Addresses
- Registered Sex Offender - **Unlock!**
- 55  Family Members & Associates
- Warrants & Police Records - **Unlock!**
- Assets & Properties - **Unlock!**
- Nationwide Court Records - **Unlock!**
- 0  Business Records
- Evictions & Foreclosures - **Unlock!**
- Professional Licenses - **Unlock!**
- Bankruptcies, Liens & Judgments - **Unlock!**
- Public Records - **Unlock!**
- Speeding Tickets - **Unlock!**
- Birth & Death Records - **Unlock!**
- Social Media Records - **Unlock!**
- Marriage & Divorce Records - **Unlock!**
- Domain Records - **Unlock!**
- Workplace Records - **Unlock!**
- DEA & FEIN Records - **Unlock!**

**Full Background Report - Unlock Now!**

## Addresses

*Home address, vacation, business, rental and apartment property addresses for Rahmon*

**821 Hampton Ave, Brooklyn, NY 11235-3011**
- reported in April 2024 (1 year)

**57 Lancaster Ave, Brooklyn, NY 11223-5533**
- reported in January 2016 (1 year)

**62 Lancaster Ave, Brooklyn, NY 11223-5532**
- reported in June 2021 (1 year)

**211 Main St, Orange, NJ 07050-3739**
- reported in December 2010 (11 years)

**60 Oceana W Dr, APT 3G, Brooklyn, NY 11235-6663**
- reported in January 2021 (1 year)

**1212 Avenue V, Brooklyn, NY 11229-4124**
- reported in December 2016 (1 year)

# Search People FREE

rahmon alh...

295 5th Ave, STE 1004, New York, NY 10016-7105
- reported in February 2007 (1 year)

2310 E 7th St, Brooklyn, NY 11223-5134
- reported in April 2003 (1 year)

708 Gravesend Neck Rd, Brooklyn, NY 11223-5541
- reported in October 2003 (1 year)

708 Gravesand Neck St, APT RD2N, Brooklyn, NY 11223
- reported in March 2016 (1 year)

**Background Report** - *Sponsored by Peoplefinders.com*

- Current & Past Contact Info
- Addresses & Phone Numbers
- Business Records
- Professional Licenses
- Family & Associates
- Social Media & Photos
- Property & Assets
- Public Records
- Criminal Records
- Court Records
- State & County Records
- Bankruptcies, Judgements, Liens

Search Background Report

**Phone**

*Home telephone number and mobile/wireless/cell phone numbers for Rahmon*

(917) 337-7885 - *Wireless* - April 2024

(718) 616-0918 - *LandLine* - January 2024

(718) 616-1937 - *LandLine* - April 2023

(718) 223-1916 - *LandLine* - April 2021

(718) 934-4384 - *LandLine* - May 2020

(718) 223-1974 - *LandLine* - November 2018

(718) 376-7136 - *LandLine* - March 2016

(718) 382-4913 - *LandLine* - March 2016

(718) 648-4671 - *LandLine* - December 2015

(718) 998-4814 - *LandLine* - August 2006

*Search* People FREE                                          rahmon alh... 🔍

[None]

## Aliases

*Aliases, also known as (AKA), maiden name, misspellings and alternate spellings for Rahmon*

| | |
|---|---|
| R Alhakim | Rahman Alhakim |
| Rahmon Alhakin | Ray Alhakim |
| Raymond Alhakim | Raymond Allhakim |
| Raymond Cohen | Rbieka Alhakim |
| Ruthy Alhakim | |

## Family

*Spouse, partner, mother, father, sister, brother and ex-spouse/partner for Rahmon*

| | |
|---|---|
| Eili Al Alhakim | Faraj Alhakim |
| Adam A Hakim | Sharon Hakim |
| Berta Alhakim | Eli S Ballas |
| Mousa Jradeh | Faraj Alhakim |
| Rbieka Alhakim | Shelly Alhakim |
| Abdallah K Alhakim | Leslie Alhakim |
| Barry Gordon Lamb | Esther Jradeh |
| Henry Jradeh | Rouaa Alhakim |
| Abbas Al Hakim | Firas Firas Joudeh |
| Laila S Alhakim | Leslie A Hakim |
| Mahmood Alhakim | Manal Alhakim |

**Search** People FREE    rahmon alh... 🔍

Mujtaba Al Hakim                    Nabil A Hakim JR

Rihab H Alhakim                     Zakkee Stevens

### Associates

*Friends, family, business associates and current/previous roommates for Rahmon*

Massiel Rocha                       Aster Boukai

David Kholi                         Ester Kmoli

Isaac Djouejati                     Lezet Kholi

Amila Saadia                        Aholiav R Mizrachi

Alfonso Naftali                     Benjamin Picciotto

Berta Kholi                         David Laniado

Ili Kholi                           John Martin Franco

Meir Mizrahi                        Mildred Franco

Mousa Jradeh                        Rachel F Dana

Rachel Maleh                        Rachel Shasho

Saideh Moussa                       Sergio Rocha

Stella E Djouejati                  Zahieh Sakal

Isaac Press

### Businesses

*S/C corporations, partnerships, limited liability corporations (LLC) for Rahmon*

[None]



| Rahmon A Alhakim | Age 49 | Brooklyn, NY | View Details ⇒ |

Public Records for                                              - Sponsored by BeenVerified.com
**Rahmon Alhakim living in Brooklyn, NY**

| Rahmon Alhakim | Age 49 | Brooklyn, NY | View Details ⇒ |

Public Records for                                              - Sponsored by InstantCheckmate.com
**Rahmon Alhakim living in Brooklyn, NY**

| Rahmon A Alhakim | Age 49 | Brooklyn, NY | View Details ⇒ |

Public Records for                                              - Sponsored by PrivateRecords.net
**Rahmon Alhakim living in Brooklyn, NY**

| Rahmon Alhakim | Age 49 | Brooklyn, NY | View Details ⇒ |

**Birth, Death and Divorce Records for Rahmon Alhakim**                          Ancestry.com

| Rahmon Alhakim | Rahmon Alhakim | Rahmon Alhakim |
| Brooklyn, NY | Brooklyn, NY | Brooklyn, NY |
| View Birth Records | View Death Records | View Divorce Records |

**Personal profile summary for Rahmon Alhakim.**

Rahmon is 49 years old and was born in 1975 or 1974. Rahmon currently lives at 10 Falmouth St in Brooklyn, NY and has lived there for about 1 year. You can contact Rahmon at phone number (917) 337-7885.

**Search** People FREE                                          rahmon alh... 🔍

Rahmon is known to have previously used or be associated with the following names or aliases: R Alhakim, Rahman Alhakim, Rahmon Alhakin, Ray Alhakim, Raymond Alhakim. Rahmon is believed to be related to the following people: Abbas Al Hakim, Abdallah K Alhakim, Adam A Hakim, Barry Gordon Lamb, Berta Alhakim. Rahmon is believed to be friends, associates or coworkers with the following people: Aholiav R Mizrachi, Alfonso Naftali, Amila Saadia, Aster Boukai, Benjamin Picciotto.

Rahmon has lived at the following previous addresses: 821 Hampton Ave in Brooklyn, NY, 57 Lancaster Ave in Brooklyn, NY, 62 Lancaster Ave in Brooklyn, NY.

Rahmon has no known other email addresses. Try another Rahmon Alhakim to show other email addresses. Rahmon has been linked to following other phone numbers: LandLine at (718) 616-0918, LandLine at (718) 616-1937, LandLine at (718) 223-1916.

There are no known businesses that Rahmon is associated with. Trying an alternative Rahmon Alhakim might show you the business you were expecting.

## Frequently Asked Questions

*Frequently asked questions and answers about Rahmon*

**How old is Rahmon Alhakim and what year was Rahmon Alhakim born?**
Rahmon is 49 years old and was born in 1975 or 1974.

**Where does Rahmon Alhakim currently live?**
Rahmon currently lives at 10 Falmouth St in Brooklyn, NY and has lived there for about 1 year.

**What is the current phone number for Rahmon Alhakim?**
The current phone number for Rahmon is a Wireless at (917) 337-7885 that you can try to call.

**What is the current email address for Rahmon Alhakim?**
There is no known current email address for Rahmon. Another Rahmon Alhakim might have the email address you are looking for.

Search People FREE                                                                        rahmon alh... 🔍

What other names or aliases has Rahmon Alhakim used?

Rahmon is known to have previously used or be associated with the following names or aliases: R Alhakim, Rahman Alhakim, Rahmon Alhakin, Ray Alhakim, Raymond Alhakim, Raymond Allhakim, Raymond Cohen, Rbieka Alhakim, Ruthy Alhakim.

Who is related to Rahmon Alhakim?

Rahmon is believed to be related to the following people: Abbas Al Hakim, Abdallah K Alhakim, Adam A Hakim, Barry Gordon Lamb, Berta Alhakim, Eili Al Alhakim, Eli S Ballas, Esther Jradeh, Faraj Alhakim, Faraj Alhakim, Firas Firas Joudeh, Henry Jradeh, Imad Alhakim, Laila S Alhakim, Leslie A Hakim, Leslie Alhakim, Mahmood Alhakim, Manal Alhakim, Maryam Alhakim, Mohd N Alhakim, Mousa Jradeh, Mujtaba Al Hakim, Nabil A Hakim JR, Rbieka Alhakim, Rihab H Alhakim, Rouaa Alhakim, Sharon Hakim, Shelly Alhakim, Suzanne W Lamb, Zakkee Stevens.

Who is married to Rahmon Alhakim?

Rahmon is not known to have been married. Maybe an alternative Rahmon Alhakim is married to someone you know.

Who is friends with Rahmon Alhakim or has worked or associated with Rahmon Alhakim?

Rahmon is believed to be friends, associates or coworkers with the following people: Aholiav R Mizrachi, Alfonso Naftali, Amila Saadia, Aster Boukai, Benjamin Picciotto, Berta Kholi, David Kholi, David Laniado, Ester Kmoli, Ili Kholi, Isaac Djouejati, Isaac Press, John Martin Franco, Lezet Kholi, Massiel Rocha, Meir Mizrahi, Mildred Franco, Mousa Jradeh, Rachel F Dana, Rachel Maleh, Rachel Shasho, Saideh Moussa, Sergio Rocha, Stella E Djouejati, Zahieh Sakal.

Where did Rahmon Alhakim live previously?

Rahmon has lived at the following previous addresses: 821 Hampton Ave in Brooklyn, NY, 57 Lancaster Ave in Brooklyn, NY, 62 Lancaster Ave in Brooklyn, NY, 211 Main St in Orange, NJ, 60 Oceana W Dr, APT 3G in Brooklyn, NY, 1212 Avenue V in Brooklyn, NY, 60 Oceana W Dr in Brooklyn, NY, 63 Lancaster Ave in Brooklyn, NY, 295 5th Ave, STE 1004 in New York, NY, 2310 E 7th St in Brooklyn, NY, 708 Gravesend Neck Rd in Brooklyn, NY, 708 Gravesand Neck St, APT RD2N in Brooklyn, NY.

What other email addresses does Rahmon Alhakim have?

 People FREE  rahmon alh... 

Rahmon has been linked to following other phone numbers: LandLine at (718) 616-0918, LandLine at (718) 616-1937, LandLine at (718) 223-1916, LandLine at (718) 934-4384, LandLine at (718) 223-1974, LandLine at (718) 376-7136, LandLine at (718) 382-4913, LandLine at (718) 648-4671, LandLine at (718) 998-4814.

**What businesses are associated with Rahmon Alhakim?**
There are no known businesses that Rahmon is associated with. Trying an alternative Rahmon Alhakim might show you the business you were expecting.

## ABOUT US

O ur free search tools and algorithms provide you with the fastest, most reliable results to get your work done. Whether you are finding friends, lost loved ones, family members or old school mates, SearchPeopleFREE is your #1 FREE data resource. Give us a try!

## OUR SPECIAL OFFERS

FREE people searching

FREE reverse phone searching

FREE address searching

FREE location searching

FREE email searching

## RESOURCES

About

Privacy

Terms

Contact Us

Search People Free API

**Language:**

- Español

SearchPeopleFREE © 2024

Last Names

A   B   C   D   E   F   G   H   I   J   K   L   M   N
O   P   Q   R   S   T   U   V   W   X   Y   Z

 

rahmon alh...

*SearchPeopleFREE.com is not a Consumer Reporting Agency (CRA) as defined by the Fair Credit Reporting Act (FCRA). This site can't be used for employment, credit or tenant screening, or any related purpose.*