# EXHIBIT 11

EXHIBIT 11

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2021061601247001002EEEEF |

**RECORDING AND ENDORSEMENT COVER PAGE**    PAGE 1 OF 4

**Document ID:** 2021061601247001    **Document Date:** 06-11-2021    **Preparation Date:** 06-21-2021
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| AINI & ASSOCIATES PLLC<br>2615 CONEY ISLAND AVENUE<br>BROOKLYN, NY 11223<br>718-265-1500<br>CLOSINGS@AINILAW.COM | AINI & ASSOCIATES PLLC<br>2615 CONEY ISLAND AVENUE<br>BROOKLYN, NY 11223<br>718-265-1500<br>CLOSINGS@AINILAW.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7184 | 70 | Entire Lot | 62 LANCASTER AVENUE |

**Property Type:** DWELLING ONLY - 2 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ _or_ DocumentID_____ _or_ _____Year_____ Reel____ Page_____ _or_ File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| RAHMON ALHAKIM<br>62 LANCASTER AVENUE<br>BROOKLYN, NY 11223 | BZH COHEN PROPERTY LLC<br>62 LANCASTER AVENUE<br>BROOKLYN, NY 11223 |

**FEES AND TAXES**

| Mortgage : | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: | |
| Taxable Mortgage Amount: | $ | 0.00 | | $ 125.00 |
| Exemption: | | | NYC Real Property Transfer Tax: | |
| TAXES: County (Basic): | $ | 0.00 | | $ 0.00 |
| City (Additional): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ | 0.00 | | $ 0.00 |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| NYCTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| Additional MRT: | $ | 0.00 | **CITY OF NEW YORK** | |
| TOTAL: | $ | 0.00 | Recorded/Filed  06-21-2021 15:27 | |
| Recording Fee: | $ | 52.00 | City Register File No.(CRFN): | |
| Affidavit Fee: | $ | 0.00 | **2021000234647** | |

*Annette M Hill*

*City Register Official Signature*

Form 8002 (3/00) – Bargain and Sale Deed, with Covenants against Grantor's Acts – Individual or Corporation. (Single sheet)
**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

**THIS INDENTURE,** made the 11th day of June, 2021 and
**BETWEEN**

RAHMON ALHAKIM, residing at 62 Lancaster Avenue, Brooklyn, New York 11223

party of the first part, and

BZH COHEN PROPERTY LLC, having an address at 62 Lancaster Avenue, Brooklyn, New York 11223

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

City and State of New York, County of Kings, and as further described on SCHEDULE A attached hereto.

SAID PREMISES having an address of 62 Lancaster Avenue, Brooklyn, New York 11223 (Block 7184, Lot 70).

TOGETHER with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
RAHMON ALHAKIM

| Acknowledgement taken in New York State | Acknowledgement taken in New York State |
|---|---|
| State of New York, County of KINGS , ss: | State of New York, County of , ss: |
| On the 17th day of June , in the year 2021 , before me, the undersigned, personally appeared RAHMON ALHAKIM personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument. *Shearine McKee* (signature) SHEARINE MCKEE Notary Public - State of New York NO. 01MC6112543 Qualified in Kings County My Commission Expires 7/16/24 | On the day of , in the year , before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument. |
| **Acknowledgement by Subscribing Witness taken in New York State** | **Acknowledgement taken outside New York State** |
| State of New York, County of , ss: | *State of , County of, ss: *(or insert District of Columbia, Territory, Possession or Foreign Country) |
| On the day of , in the year , before me, the undersigned, personally appeared the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who being by me duly sworn, did depose and say, that he/she/they reside(s) in that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto. | On the day of , in the year , before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the (add the city or political subdivision and the sate or country or other place the acknowledgement was taken). |
| Title No.: _____ RAHMON ALHAKIM TO BZH COHEN PROPERTY LLC | DISTRICT SECTION KINGS BLOCK 7184 LOT 70 COUNTY OR TOWN KINGS **RETURN BY MAIL TO:** AINI & ASSOCIATES PLLC 2615 Coney Island Avenue Brooklyn, New York 11223 |

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

## SCHEDULE A

ALL that certain plot piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Lancaster Avenue, distant 181 feet 5-7/8 inches easterly from the corner formed by the intersection of the southerly side of Lancaster Avenue with the easterly side of East 7th Street;

RUNNING THENCE southerly parallel with East 7th Street, 100 feet;

THENCE easterly parallel with Lancaster Avenue, 20 feet;

THENCE northerly parallel with East 7th Street, and part of the distance through a party wall, 100 feet to the southerly side of Lancaster Avenue;

THENCE westerly along the southerly side of Lancaster Avenue, 20 feet to the point or place of of BEGINNING.

That said Premises are known as and by street addresses 62 Lancaster Avenue, Brooklyn, New York Block: 7184 Lot: 70:

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  2021061601247001002S206E |
|---|---|
| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |

**Document ID:** 2021061601247001  Document Date: 06-11-2021  Preparation Date: 06-21-2021
Document Type: DEED

**ASSOCIATED TAX FORM ID:**   2021060800160

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY   11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: BROOKLYN    BLOCK: 7184    LOT: 70

(2) Property Address: 62 LANCASTER AVE, BROOKLYN, NY 11223

(3) Owner's Name:    BZH COHEN PROPERTY LLC

   Additional Name:

**Affirmation:**

[✓]  Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _____

Signature: _____    Date (mm/dd/yyyy): 06/11/2021

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS   REV 8/08

2021060800160101

| FOR CITY USE ONLY | | | |
|---|---|---|---|
| C1. County Code | | C2. Date Deed Recorded | ___/___/___  Month Day Year |
| C3. Book OR C5. CRFN | | C4. Page | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**

**PROPERTY INFORMATION**

1. Property Location: 62 | LANCASTER AVE | BROOKLYN | 11223
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. Buyer Name: BZH COHEN PROPERTY LLC
   LAST NAME / COMPANY | FIRST NAME

   LAST NAME / COMPANY | FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY | FIRST NAME
   STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: ___ FRONT FEET X ___ DEPTH OR ___ ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium ☐
   7. New Construction on Vacant Land ☐

8. Seller Name: ALHAKIM | | RAHMON
   LAST NAME / COMPANY | FIRST NAME
   LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

   A ☐ One Family Residential          C ☐ Residential Vacant Land       E ☐ Commercial       G ☐ Entertainment / Amusement   I ☐ Industrial
   B ☑ 2 or 3 Family Residential       D ☐ Non-Residential Vacant Land   F ☐ Apartment        H ☐ Community Service          J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: 6 / 11 / 2021

11. Date of Sale / Transfer: 6 / 11 / 2021

12. Full Sale Price $ 0

    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale: _____

14. Check one or more of these conditions as applicable to transfer:
    A ☑ Sale Between Relatives or Former Relatives
    B ☐ Sale Between Related Companies or Partners in Business
    C ☐ One of the Buyers is also a Seller
    D ☐ Buyer or Seller is Government Agency or Lending Institution
    E ☐ Deed Type **not** Warranty or Bargain and Sale (Specify Below)
    F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
    G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    H ☐ Sale of Business is Included in Sale Price
    I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
    J ☐ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: C 0
16. Total Assessed Value (of all parcels in transfer): 52,355
17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))

    BROOKLYN 7184 70

2021060800160201 03

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | | |
|---|---|---|---|---|
| *[signature]* **BUYER** | | | **BUYER'S ATTORNEY** | |
| BUYER SIGNATURE | DATE | LAST NAME | | FIRST NAME |
| 62 LANCASTER AVENUE | | | | |
| STREET NUMBER    STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER | |
| BROOKLYN | | | **SELLER** | |
| | NY | 11223 | X *[signature]* | 06 | 11 | 2021 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

2021060800160201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  
County of Kings } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

62 LANCASTER AVE  
Street Address Unit/Apt.

| BROOKLYN | New York, | 7184 | 70 | (the "Premises"); |
|---|---|---|---|---|
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Name of Grantor (Type or Print)  
Signature of Grantor  

Name of Grantee (Type or Print)  
Signature of Grantee  

Sworn to before me Shearine McKee Notary  
this 17th day of June 2021

Sworn to before me Shearine McKee Notary  
this 17th day of June 2021

SHEARINE MCKEE  
Notary Public - State of New York  
NO. 01MC6112543  
Qualified In Kings County  
My Commission Expires 7/6/24

SHEARINE MCKEE  
Notary Public - State of New York  
NO. 01MC6112543  
Qualified In Kings County  
My Commission Expires 7/6/24

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2021060800160101