# EXHIBIT 12

EXHIBIT 12

## Possible People Information

### Person Overview

**EILI ALHAKIM**

2285 E 7TH ST

BROOKLYN, NY 11223-4935 | KINGS County

**Phone Number(s):**

718-376-7136

212-679-2980

718-375-4251

**SSN:**

[REDACTED] - issued in NY in 1993-1994

**DOB:**

11/24/1971 (Age: 52)

**Entity ID:**

P149205499



### Date of Birth Summary

| Date of Birth | Source |
| --- | --- |
| 11/24/1971 (Age: 52) | People Find   |   People Household |
| 05/1961 | People Household |

### SSN Summary

| SSN | Source |
| --- | --- |
| [REDACTED] - issued in NY in 1993-1994 | People Find |

### Name Variations

| Name | Source |
| --- | --- |
| EILI AL HAKIM | People Find |
| EILI AL ALHAKIM | People Find |
| EILI A ALHAKIM | People Find |
| ALHAKIM EILI | People Find |
| EILI ALKIM | People Find |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Filings Current Through: | 04/12/2024 | Transaction Date: | 12/29/1999 |
|---|---|---|---|
| County Last Updated: | 05/13/2024 | Seller Name: | MIZRAHI MEIR |
| Frequency of Update: | WEEKLY | Sale Price: | $300,000.00 |
| Current Date: | 05/15/2024 | Deed Type: | GRANT DEED |
| Source: | CITY REGISTER | Type of Transaction: | RESALE |
| | | Mortgage Amount: | $225,000.00 |
| | | Mortgage Type: | CONVENTIONAL |

## Owner Information

| | | Mortgage Deed Type: | DEED OF TRUST |
|---|---|---|---|
| Owner(s): | EILI ALHAKIM | Lender Name: | REPUBLIC CONSUMER LENDING GRP |
| Property Address: | 62 LANCASTER AVE BROOKLYN, NY 11223-5532 | Address: | BROOKLYN, NY 11243 |
| | | Recording Date: | 01/05/2000 |
| Mailing Address: | 708 GRAVESEND NECK RD BROOKLYN, NY 11223-5541 | Recording Book/Page: | BOOK 4708, PAGE 1769 |
| | | Construction Type: | RESALE |
| | | Purchase Payment: | MORTGAGE |

## Property Information

| County: | KINGS |
|---|---|
| Assessor's Parcel Number: | 07184-00070 |
| Property Type: | APARTMENT |
| Land Use: | APARTMENT |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document     © 2024 Thomson Reuters. No claim to original U.S. Government Works.

## Work Affiliations (1)

To Summary

**Work Affiliations Record**

### Source Information

### Work Affiliation Information

| Information Current Through: | 12/15/2016 | Name: | ELI ALHAKIM |
|---|---|---|---|
| | | Title: | PRESIDENT |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Database Last Updated: | 12/19/2016 | Business Name: | DUCK RIVER TEXTILES |
|---|---|---|---|
| Update Frequency: | ARCHIVE ONLY | Business Address: | 295 5TH AVE |
| Current Date: | 05/15/2024 | | NEW YORK, NY 10016 |
| Source: | BUSINESS CONTACT INFORMATION | | USA |
| | | Business Phone: | 212-679-2980 |
| | | Business E-Mail: | eili@duckrivertextile.com |
| | | Date: | 01/12/2015 |

**End of Document**  © 2024 Thomson Reuters. No claim to original U.S. Government Works.

## DMI (1)

To Summary



**D&B Market Identifiers**

## Source Information

| D&B Completed Analysis: | 04/22/2024 |
|---|---|
| Information Current Through: | 04/22/2024 |
| Database Last Updated: | 04/22/2024 |
| Update Frequency: | MONTHLY |
| Current Date: | 05/15/2024 |
| Source: | Copyright © 2024 by Dun & Bradstreet, Inc. |

## Sales Information:

| Annual Sales Revision Date: | 06/03/2023 |
|---|---|
| Annual Sales (US): | $1,750,947 -ESTIMATED |
| 1-Yr-Ago: | $ NOT AVAILABLE |
| 3-Yr-Ago: | $ NOT AVAILABLE |
| Number of Accounts: | 500 |

## Employee Information

| Employees Total: | 18 |
|---|---|
| 1-Yr-Ago: | 18 |
| 3-Yr-Ago: | 18 |
| Employees Here: | 6 -ACTUAL |

## Company Information

| DUNS: | 04-290-8553 |
|---|---|
| Name: | DUCK RIVER TEXTILES, INC. |
| Address: | 295 5TH AVE STE 318  NEW YORK, NY 10016-7103 |
| County: | NEW YORK |
| Telephone: | 212-679-2980 |

## Company History/Operations/Relationships & Other Information

| Year Started: | 1997 | This Company's Specifics: | |
|---|---|---|---|
| | | DUNS: | 04-290-8553 |
| | | MSA Code: | 5600 |
| **Executive(s) Information** | | MSA Name: | NEW YORK, NY |
| 1. | Executive Name: EILI ALHAKIM | Square Footage: | 50000 |
| | Executive Title: PRESIDENT | Occupancy Type: | RENTED |
| 2. | Executive Name: RAYMOND COHEN | Business Is A: | MANUFACTURING LOCATION HEADQUARTERS LOCATION SMALL BUSINESS IMPORTER EXPORTER CORPORATION |
| | Executive Title: CHIEF OPERATING OFFICER | | |
| 3. | Executive Name: OURY ALHAKIM | | |
| | Executive Title: VICE-PRESIDENT | Establishment Is: | US OWNED |
| | | Ultimate DUNS Number: | 04-290-8553 |
| 4. | Executive Name: JOEL BREN | Latest Update to Record: | 04/07/2024 |
| | Executive Title: VICE-PRESIDENT | | |
| 5. | Executive Name: JESSICA REYES | | |
| | Executive Title: ADMINISTRATIVE ASSISTANT | | |
| 6. | Executive Name: TARA JACKSON | | |
| | Executive Title: SOFTWARE DEVELOPER | | |
| 7. | Executive Name: JOEL BREN | | |
| | Executive Title: VP MARKETING | | |
| 8. | Executive Name: JOEL BREN | | |
| | Executive Title: VP SALES & MARKETING | | |
| 9. | Executive Name: ROBERT NOONE | | |
| | Executive Title: SALES DIRECTOR | | |
| 10. | Executive Name: MOSES ALHAKIM | | |
| | Executive Title: MARKETING STAFF | | |
| 11. | Executive Name: JOEL BREN | | |
| | Executive Title: MARKETING STAFF | | |

| 12. | Executive Name: | JACK COHEN |
| --- | --- | --- |
|  | Executive Title: | SALES STAFF |
| 13. | Executive Name: | MOSES ALHAKIM |
|  | Executive Title: | SALES STAFF |
| 14. | Executive Name: | JOEL BREN |
|  | Executive Title: | SALES STAFF |
| 15. | Executive Name: | MOSES ALHAKIM |
|  | Executive Title: | DIRECTOR |
| 16. | Executive Name: | MOSES ALHAKIM |
|  | Executive Title: | MANAGER |
| 17. | Executive Name: | JACK COHEN |
|  | Executive Title: | MANAGER |

## Business Description:

| Line of Business: | FINISHING PLANT |
| --- | --- |
| Industry Group: | MANUFACTURING |
| Primary SIC: | 2269 FINISHING PLANTS, NEC, NSK<br>2269 9904 LINEN FABRICS: DYEING, FINISHING, AND PRINTING |

End of Document                © 2024 Thomson Reuters. No claim to original U.S. Government Works.

## Household Records  (2)

To Summary

**People Finder Household-Centric Record**

### Source Information

| Information Current Through: | 02/06/2024 |
| --- | --- |
| Database Last Updated: | 04/15/2024 |
| Update Frequency: | MONTHLY |

### Household Information:

| Address: | 2285 E 7TH ST<br>BROOKLYN, NY<br>11223-4935 |
| --- | --- |
| County: | KINGS |

WESTLAW  Thomson Reuters. No claim to original U.S. Government Works. 27
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

* Match with one of the subject's addresses

# FARAJ ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | - issued in NY in 1993-1994 | DOB: | 01/1945 (Age: 79) |

| Possible AKA | SSN | DOB |
|---|---|---|
| FRAJ ALHAKIM | | |
| FARAJ ALHAKIN | | 01/06/1945 |
| FARA J ALHAKIN | | |
| MR FARAJ ALHAKIN | | 01/1945 |
| FARAJ R ALHAKIM | | |

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2009 - 11/30/2021 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |
| Reported 01/01/2000 - 06/30/2020 | 62 LANCASTER AVE, BROOKLYN, NY 11223-5532 \| KINGS County | 718-648-4671 |
| Reported 01/01/2018 - 12/31/2018 | 63 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | N/A |
| Reported 08/01/2000 - 01/21/2005 | 62 LANCASTER AVE FL 2FL, BROOKLYN, NY 11223-5532 \| KINGS County | 718-382-4913 |
| Reported 03/01/1997 - 03/01/1997 | * 708 GRAVESEND NECK RD, BROOKLYN, NY 11223-5541 \| KINGS County | N/A |

# JOSIPHE ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | | DOB: | 04/24/1982 (Age: 42) |

| Possible AKA | SSN | DOB |
|---|---|---|
| JOSEPH ALHAKIM | | |
| JOSIPHE ALHAKIN | | 04/1982 |

* Match with one of the subject's addresses

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2000 - 01/15/2015 | * 62 LANCASTER AVE, BROOKLYN, NY 11223-5532 \| KINGS County | 718-648-4671 |

## RBIEKA ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | | DOB: | 05/1973 (Age: 51) |

| Possible AKA | SSN | DOB |
|---|---|---|
| R ALHAKIM | | |
| RBIEKA ALHKIM | | |
| ALHKIM RBIEKA | | |
| ALHAKIM RBIEKA | | |

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2000 - 11/30/2023 | * 1212 AVENUE V APT 3, BROOKLYN, NY 11229-4159 \| KINGS County | 718-375-4251 |
| Reported 01/01/2000 - 09/30/2013 | 1212 AVENUE V APT 2, BROOKLYN, NY 11229-4159 \| KINGS County | 718-375-4251 |
| Reported 12/01/1999 - 01/23/2003 | 1717 E 14TH ST 3L, BROOKLYN, NY 11229-2075 \| KINGS County | N/A |
| Reported 01/01/2000 - 01/23/2003 | 2208 E 2ND ST, BROOKLYN, NY 11223-4725 \| KINGS County | N/A |
| Reported N/A | BROOKLYN, NY 11252 \| KINGS County | 347-374-3769 |

## NORI ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | ▉▉▉▉▉ - issued in NY in 1992-1994 | DOB: | 01/1971 (Age: 53) |

| Possible AKA | SSN | DOB |
|---|---|---|
| MS NORI ALHAEIM | | 01/1971 |
| MR NOURI ALHAKIM | | 01/1971 |
| ALHAKIM NORI | | |

| Possible AKA | SSN | DOB |
|---|---|---|
| NORI C ALHAKIM | | |

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 08/11/2008 - 09/30/2023 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |
| Reported 05/01/2000 - 06/30/2022 | 1212 AVENUE V, BROOKLYN, NY 11229-4124 \| KINGS County | 718-382-4913 |
| Reported 01/01/2018 - 09/30/2021 | 63 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | N/A |
| Reported 07/31/2020 - 07/31/2020 | * 62 LANCASTER AVE, BROOKLYN, NY 11223-5532 \| KINGS County | 718-382-4913 |
| Reported 01/01/2012 - 10/31/2018 | 295 5TH AVE STE 318, NEW YORK, NY 10016-7103 \| NEW YORK County | N/A |
| Reported 01/01/2016 - 07/31/2016 | 2411 OCEAN PKWY, BROOKLYN, NY 11235-6110 \| KINGS County | N/A |
| Reported 01/01/2009 - 07/31/2015 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | N/A |
| Reported 07/18/2001 - 01/23/2003 | 708 GRAVESAND NECK RD2N ST, BROOKLYN, NY 11223 | N/A |
| Reported 03/01/2000 - 01/23/2003 | 2304 E 7TH ST, BROOKLYN, NY 11223-5134 \| KINGS County | N/A |
| Reported 11/13/2000 - 01/23/2003 | * 2310 E 7TH ST, BROOKLYN, NY 11223-5134 \| KINGS County | N/A |

# RAHMON ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | - issued in NY in 1993-1994 | DOB: | 11/1974 (Age: 49) |

| Possible AKA | SSN | DOB |
|---|---|---|
| R ALHAKIM | | |
| MR RAYMOND J COHEN | | 08/1965 |
| RAYMOND COHEN | | |
| RAHNON ALHAKIM | | 11/15/1974 |
| RAY ALHAKIM | | |
| MR RAYMOND V COHEN | | 11/1930 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Possible AKA | SSN | DOB |
|---|---|---|
| MR RAY COHEN | | 08/1930 |

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2021 - 04/15/2024 | 10 FALMOUTH ST, BROOKLYN, NY 11235-3002 \| KINGS County | 718-223-1974 |
| Reported 01/08/2016 - 08/15/2023 | 821 HAMPTON AVE, BROOKLYN, NY 11235-3011 \| KINGS County | 718-648-4671 |
| Reported 05/01/2000 - 05/15/2022 | * 62 LANCASTER AVE, BROOKLYN, NY 11223-5532 \| KINGS County | 718-648-4671 |
| Reported 01/01/2004 - 02/15/2017 | 60 OCEANA DR W APT 3G, BROOKLYN, NY 11235-6663 \| KINGS County | 718-223-1974 |
| Reported 01/01/1989 - 02/15/2015 | 506 AVENUE T, BROOKLYN, NY 11223-4043 \| KINGS County | 718-339-7973 |
| Reported 11/17/2014 - 11/17/2014 | BROOKLYN, NY 11204 \| KINGS County | 718-258-3632 |
| Reported 01/01/1964 - 11/30/2013 | 1080 E 7TH ST, BROOKLYN, NY 11230-3502 \| KINGS County | 718-252-7830 |
| Reported 01/01/1999 - 09/30/2013 | 1988 E 9TH ST, BROOKLYN, NY 11223-3242 \| KINGS County | N/A |
| Reported 07/19/2001 - 01/24/2003 | 63 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-648-4671 |
| Reported 11/13/2000 - 01/23/2003 | 708 GRAVESAND NECK RD2N ST, BROOKLYN, NY 11223 | 998-4814 |
| Reported 11/13/2000 - 01/23/2003 | 1212 AVENUE V, BROOKLYN, NY 11229-4124 \| KINGS County | 718-648-4671 |

# FARAJ ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2009 - 11/30/2021 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |
| Reported 01/01/2018 - 12/31/2018 | 63 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | N/A |

## JACK ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|
| Possible AKA | SSN | | DOB |
| JACK COHEN | | | |

\* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2009 - 01/31/2024 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |
| Reported 07/31/2020 - 07/31/2020 | 59 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |
| Reported N/A | BROOKLYN, NY 11215 \| KINGS County | 347-307-1583 |

## FARAJ ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|

\* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 06/26/2016 - 06/26/2016 | \* 62 LANCASTER AVE, BROOKLYN, NY 11223-5532 \| KINGS County | 718-648-4671 |

## FARAJ ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|

\* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 04/29/2017 - 04/29/2017 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |
| Reported 07/12/2016 - 07/12/2016 | 2411 OCEAN PKWY, BROOKLYN, NY 11235-6110 \| KINGS County | N/A |

## MOSES ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PeopleMap Report (Premier)    05/15/2024 17:00:55
EILI ALHAKIM    Client ID: 19540100
Case 2:23-cv-00845-HCN   Document 66-12   Filed 05/17/24   PageID.682   Page 12 of 12

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 03/28/2023 - 03/28/2023 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |

## AVI ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2021 - 08/31/2021 | 55 TALMADGE RD, EDISON, NJ 08817-3338 \| MIDDLESEX County | N/A |

## EILI ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|

* Match with one of the subject's addresses

## ELI ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 08/08/2019 - 08/08/2019 | * 77 PARKER AVE, DEAL, NJ 07723-1238 \| MONMOUTH County | N/A |

## EILI ALHAKIM

| Relative of: | EILI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2019 - 09/27/2019 | * 77 PARKER AVE, DEAL, NJ 07723-1238 \| MONMOUTH County | N/A |

## BERTA ALHAKIM

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.