# EXHIBIT 13

EXHIBIT 13

## Possible People Information

### Person Overview

**AVI ALHAKIM**

55 TALMADGE RD

EDISON, NJ 08817-3338 | MIDDLESEX County

**SSN:**

▇▇▇▇▇▇▇▇▇ - issued in NY in 2000-2001

**DOB:**

01/31/2000 (Age: 24)

**Entity ID:**

P15191288137



### SSN Summary

| SSN | Source |
|---|---|
| ▇▇▇▇▇▇▇▇▇ - issued in NY in 2000-2001 | |

### Addresses

| Address |
|---|
| **55 TALMADGE RD, EDISON, NJ 08817-3338 | MIDDLESEX County** |
| *Reported 01/01/2021 - 08/31/2021* |
| By People Household 01/01/2021 - 08/31/2021    People Household |

## Possible Adverse Information

Risk Flags Analysis

## List of Possible Risk Flags

| | | | |
|---|---|---|---|
| | | PO BOX 801153, MIAMI, FL 33280-1153 \| MIAMI-DADE County | Business Profile |
| | | **Address:** 18671 COLLINS AVE APT 1203, SUNNY ISLES BEACH, FL 33160-7214 \| MIAMI-DADE County | **Source:** Business Profile |
| **Relative:** RAHMON ALHAKIM | | **Address:** 435 KNICKERBOCKER AVE, BROOKLYN, NY 11237-4508 \| KINGS County | |
| | | **Address:** 2467 OCEAN AVE, BROOKLYN, NY 11229-3969 \| KINGS County | |
| | | **Address:** 4912 5TH AVE, BROOKLYN, NY 11220-1907 \| KINGS County | |
| **Relative:** JACK ALHAKIM | | **Address:** C/O FINLAY FINE JEWELR529 FIFTH AVENUE, NEW YORK, NY 10017 \| NEW YORK County | |

**Associate or Relative with P.O. Box Listed as Address**

| | | | |
|---|---|---|---|
| **Associate:** YEUDY O GONZALEZ | | **Address:** PO BOX 453456, KISSIMMEE, FL 34745-3456 \| OSCEOLA County | **Source:** Equifax Credit Header <br><br> Experian Credit Header |
| **Associate:** JILL A SANDERLIN | | **Address:** PO BOX 311, SALEM, NJ 08079-0311 \| SALEM County | **Source:** Experian Credit Header |
| | | **Address:** PO BOX 373, QUINTON, NJ 08072-0373 \| SALEM County | **Source:** People Household <br><br> Experian Credit Header <br><br> Bank Account Header Records <br><br> Equifax Credit Header |
| **Associate:** ALBERT FARHI | | **Address:** PO BOX 310075, BROOKLYN, NY 11231-0075 \| KINGS County | **Source:** D&B Market Identifiers (DMI) |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PeopleMap Report (Premier)     05/15/2024 11:19:17
AVI ALHAKIM     Client ID:19540.100
Case 2:23-cv-00845-HCN    Document 66-13    Filed 05/17/24    PageID.686    Page 4 of 7

## Head of Household Information

| Head of Household: | MR AVI ALHAKIM |
|---|---|
| Gender: | MALE |
| Name/Address Confirmed: | 08/2021 |
| Marital Status: | MARRIED |

End of Document     © 2024 Thomson Reuters. No claim to original U.S. Government Works.

## Associate Analytics

**Associate Analytics Chart**

| Association | Possible OFAC? | Possible Global Sanctions? | Possible Arrest Records? | Possible Criminal Records? | Possible Bankruptcy? |
|---|---|---|---|---|---|
| **Possible Relatives** | | | | | |
| ALHAKIM, NORI | No | No | No | No | No |
| ALHAKIM, RAHMON | No | No | No | No | No |
| ALHAKIM, JACK | No | No | No | No | No |
| **Possible Associates** | | | | | |
| HULLI, ERIC S | No | No | No | Yes | No |

## Possible Relatives & Household Members

**Household Records**

### 55 TALMADGE RD EDISON, NJ 08817-3338 | Full-Text

| Address First Reported: | 2021 | Confidence Score: | 97 |
|---|---|---|---|
| Name | Role | Date of Birth | Name/Address Confirmed: |
| MR AVI ALHAKIM | Head of Household | N/A | 08/2021 |

**Relatives Analysis**

### NORI ALHAKIM

| Relative of: | AVI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|

Thomson Reuters. No claim to original U.S. Government Works.     11
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| SSN: | ▇▇▇▇▇ - issued in NY in 1992-1994 | DOB: | 01/1971 (Age: 53) |
|---|---|---|---|
| **Possible AKA** | **SSN** | | **DOB** |
| MR NOURI ALHAKIM | | | 01/1971 |
| NORI C ALHAKIM | | | |
| MS NORI ALHAEIM | | | 01/1971 |
| ALHAKIM NORI | | | |

\* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 08/11/2008 - 09/30/2023 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |
| Reported 05/01/2000 - 06/30/2022 | 1212 AVENUE V, BROOKLYN, NY 11229-4124 \| KINGS County | 718-382-4913 |
| Reported 01/01/2018 - 09/30/2021 | 63 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | N/A |
| Reported 07/31/2020 - 07/31/2020 | 62 LANCASTER AVE, BROOKLYN, NY 11223-5532 \| KINGS County | 718-382-4913 |
| Reported 01/01/2012 - 10/31/2018 | 295 5TH AVE STE 318, NEW YORK, NY 10016-7103 \| NEW YORK County | N/A |
| Reported 01/01/2016 - 07/31/2016 | 2411 OCEAN PKWY, BROOKLYN, NY 11235-6110 \| KINGS County | N/A |
| Reported 01/01/2009 - 07/31/2015 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | N/A |
| Reported 07/18/2001 - 01/23/2003 | 708 GRAVESAND NECK RD2N ST, BROOKLYN, NY 11223 | N/A |
| Reported 03/01/2000 - 01/23/2003 | 2304 E 7TH ST, BROOKLYN, NY 11223-5134 \| KINGS County | N/A |
| Reported 11/13/2000 - 01/23/2003 | 2310 E 7TH ST, BROOKLYN, NY 11223-5134 \| KINGS County | N/A |

## RAHMON ALHAKIM

| Relative of: | AVI ALHAKIM | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | ▇▇▇▇▇ - issued in NY in 1993-1994 | DOB: | 11/1974 (Age: 49) |
| **Possible AKA** | **SSN** | | **DOB** |
| RAY ALHAKIM | | | 04/01/1975 |
| R ALHAKIM | | | |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Possible AKA | SSN | DOB |
| --- | --- | --- |
| RAHNON ALHAKIM | | 11/15/1974 |
| RAYMOND COHEN | | |
| MR RAY COHEN | | 08/1930 |
| MR RAYMOND J COHEN | | 08/1965 |
| MR RAYMOND V COHEN | | 11/1930 |

\* Match with one of the subject's addresses

| Date Range | Address | Phone |
| --- | --- | --- |
| Reported 01/01/2021 - 04/15/2024 | 10 FALMOUTH ST, BROOKLYN, NY 11235-3002 | KINGS County | 718-616-0918 |
| Reported 05/01/2000 - 05/15/2022 | 62 LANCASTER AVE UNIT 2, BROOKLYN, NY 11223-5532 | KINGS County | 718-934-4384 |
| Reported 01/08/2016 - 08/31/2021 | 821 HAMPTON AVE, BROOKLYN, NY 11235-3011 | KINGS County | 718-648-4671 |
| Reported 01/01/2004 - 02/15/2017 | 60 OCEANA DR W APT 3G, BROOKLYN, NY 11235-6663 | KINGS County | 718-223-1916 |
| Reported 01/01/1989 - 02/15/2015 | 506 AVENUE T, BROOKLYN, NY 11223-4043 | KINGS County | 718-339-7973 |
| Reported 11/17/2014 - 11/17/2014 | BROOKLYN, NY 11204 | KINGS County | 718-258-3632 |
| Reported 01/01/1964 - 11/30/2013 | 1080 E 7TH ST, BROOKLYN, NY 11230-3502 | KINGS County | 718-252-7830 |
| Reported 01/01/1999 - 09/30/2013 | 1988 E 9TH ST, BROOKLYN, NY 11223-3242 | KINGS County | N/A |
| Reported 07/19/2001 - 01/24/2003 | 63 LANCASTER AVE, BROOKLYN, NY 11223-5533 | KINGS County | 718-648-4671 |
| Reported 11/13/2000 - 11/13/2000 | 708 GRAVESAND NECK RD2N ST, BROOKLYN, NY 11223 | KINGS County | 718-934-4384 |
| Reported 11/13/2000 - 11/13/2000 | 1212 AVENUE V, BROOKLYN, NY 11229-4124 | KINGS County | 998-4814 |

# JACK ALHAKIM

| Relative of: | AVI ALHAKIM | Degree of Separation: | 1 |
| --- | --- | --- | --- |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Possible AKA | SSN | DOB |
|---|---|---|
| JACK COHEN | | |

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2009 - 01/31/2024 | 57 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |
| Reported 07/31/2020 - 07/31/2020 | 59 LANCASTER AVE, BROOKLYN, NY 11223-5533 \| KINGS County | 718-382-4913 |
| Reported N/A | BROOKLYN, NY 11215 \| KINGS County | 347-307-1583 |

## Possible Neighbors

**Neighbors of Current & Previous Addresses**

| Name | Address | Phone |
|---|---|---|
| ALEJANDRO S BONILLA | 72 TALMADGE RD, EDISON, NJ 08817-3319 \| MIDDLESEX County | 732-781-5740 |
| MR JAMES E RUSELL | 82 TALMADGE RD, EDISON, NJ 08817-3319 \| MIDDLESEX County | N/A |
| PHILIP A CASTRO | 82 TALMADGE RD, EDISON, NJ 08817-3319 \| MIDDLESEX County | 738-5842 |
| NARDA C CASTRO | 82 TALMADGE RD, EDISON, NJ 08817-3319 \| MIDDLESEX County | N/A |
| MR JASON J CASTRO | 82 TALMADGE RD, EDISON, NJ 08817-3319 \| MIDDLESEX County | 732-248-0886 |
| GILBERT CASTRO | 82 TALMADGE RD, EDISON, NJ 08817-3319 \| MIDDLESEX County | 732-668-9547 |
| JELISA CASTRO | 82 TALMADGE RD, EDISON, NJ 08817-3319 \| MIDDLESEX County | N/A |
| MS JELISA CASTRO | 82 TALMADGE RD, EDISON, NJ 08817-3319 \| MIDDLESEX County | N/A |
| SANDY CASTRO | 82 TALMADGE RD, EDISON, NJ 08817-3319 \| MIDDLESEX County | N/A |
| MR MICHAEL HODNETT | 2101 STATE ROUTE 27, EDISON, NJ 08817-3329 \| MIDDLESEX County | N/A |
| MANUEL SPANN | 2101 STATE ROUTE 27, EDISON, NJ 08817-3329 \| MIDDLESEX County | 908-527-7938 |