Richard A. Kaplan
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dba AA WHOLESALE DEALS, a New York limited liability company,<br><br>Defendants. | **DECLARATION OF AVI ALHAKIM SUPPORTING BH ELEGANT LINENS, LLC'S MOTION TO DISMISS AND REQUEST FOR ORAL HEARING**<br><br><br>Civil No. 2:23-cv-00845-HCN-DAO<br><br>Judge Howard C. Nielson, Jr. |

I, Avi Alhakim, a resident of the State of New York, United States of America, hereby declare under oath and penalty of perjury as follows:

1.    BH appointed the Secretary of State of New York as its registered agent for receipt and acceptance of service of process. The registered place of business of BH Elegant Linens, LLC ("BH") was the county of Kings, New York.  Attachment 2.

2.    BH also had a place of business at 55 Talmadge Road in Edison, New Jersey, at the time service was purportedly made in this lawsuit.

3.    Apart from its sales to Plaintiff, BH never conducted business operations in Utah; nor was BH ever licensed to do business in the State of Utah.

4.      BH never owned, leased or controlled property (real or personal) and never had assets of any kind in the State of Utah.

5.      BH never maintained employees, officers, agents or bank accounts in the State of Utah.

6.      No BH member resides or ever resided in the State of Utah.

7.      BH maintained no phone or fax listings in Utah.

8.      BH never advertised or solicited business in the State of Utah.

9.      BH never traveled to Utah by way of salespersons or otherwise.

10.     BH never paid taxes in Utah.

11.     BH never visited potential customers in Utah.

12.     BH never recruited employees in Utah.

13.     Swift Innovations, LLC ("Swift"), of which I am the sole member, does not do business or have assets or any contacts whatsoever with the State of Utah.

14.     I do not do business on my own behalf or through agents or otherwise in the State of Utah, and I do not have assets in Utah or contacts of any kind in Utah save for those I had with Mr. Shaikh in connection with BH's sales to Plaintiff.

15.     I have never visited Plaintiff's offices in Utah.  In fact, I have never visited Utah for business or for pleasure, or on behalf of BH or Swift.

16.     I have never done business in my own right in Utah.

17.     I have no residence, office or relatives in the State of Utah.

18.     BH did not solicit Plaintiff's business.  It was the other way around.  Plaintiff contacted me through Whatsapp to ask whether BH sold wholesale merchandise.  Mr. Shaikh asked where BH was located and never mentioned his location in Utah.  Exhibit 2.

19.     I have searched my files for Plaintiff's orders and shipment directions.  There are four orders involving allegedly non-conforming products at issue in this case, and all of them were shipped on Plaintiff's instructions, together with Amazon shipping labels, to Amazon warehouses in states other than Utah — more particularly, to New Jersey (Exhibit 3); to Pennsylvania (Exhibit 4); Arizona (Exhibit 5); and to New Jersey (Exhibit 6).

20.     During the first eight months of 2023, the period during which problems arose relating to the four orders at issue, Plaintiff had significant issues involving vendors other than BH.  Exhibit 7 to this declaration is a five-page single-spaced list of negative customer reviews that appeared on Plaintiff's Amazon storefront between February 1, 2023, and the end of August 2023 that I compiled and that concerns products supplied by vendors other than BH.

21.     I have read the Declaration of Jennifer Apo, and I clarify that no one in my family goes by or was born with the name "Joe Cohen" or "Joseph Cohen" to the best of my knowledge and belief.

22.     I stand by my sworn Declaration that I do not know any of my relatives as Joe Cohen and that I never received a copy of the Summons and Complaint against BH until from my own counsel after the garnishment.

Dated this _____ day of May, 2024.

_____
Avi Alhakim

Subscribed and sworn before a person authorized to administer the oath under the laws of
the State of New York this ___29th___ day of May, 2024.

_____
Notary Public

TUNIE JARADEH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JA6352857
Qualified in Kings County
Commission Expires August 7, 2026

## CERTIFICATE OF SERVICE

I certify that on this '29th' day of May, 2024, I caused a true copy of the foregoing **Declaration of Avi Alhakim Supporting BH Elegant Linen, LLC's Motion to Dismiss and Request for Oral Hearing** to be served via the court's electronic filing system upon the following:

> Jordan K. Cameron
> CAMERON RINGWOOD, LC
> 6975 South Union Park Avenue, Suite 600
> Cottonwood Heights, UT 84047
> *Attorneys for Apothecary Movement, LLC*

*/s/ Echo Peterson*
Echo Peterson

# EXHIBIT 1

# ARTICLES OF ORGANIZATION
## OF
### BH Elegant Linens LLC
Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

### BH Elegant Linens LLC

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is KINGS.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

BH Elegant Linens LLC
55 Talmadge Rd
Edison, NJ 08817

**FOURTH:** The limited liability company is to be managed by: ONE OR MORE MEMBERS.

**FIFTH:** The existence of the limited liability company shall begin upon filing of these Articles of Organization with the Department of State.

**SIXTH:** The limited liability company shall have a perpetual existence.

**SEVENTH:** The limited liability company shall defend, indemnify and hold harmless all members, managers, and former members and managers of the limited liability company against expenses (including attorney's fees, judgments, fines, and amounts paid in settlement) incurred in connection with any claims, causes of action, demands, damages, liabilities of the limited liability company, and any pending or threatened action, suit, or proceeding. Such indemnification shall be made to the fullest extent permitted by the laws of the State of New York, provided that such acts or omissions which gives rise to the cause of action or proceedings occurred while the Member or Manager was in performance of his or her duties for the limited liability company and was not as a result of his or her fraud, gross negligence, willful misconduct or a wrongful taking. The indemnification provided herein shall inure to the benefit of successors, assigns, heirs, executors, and the administrators of any such person.

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

# EXHIBIT 2

7:17

< 966  **Asif Shaikh**

encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. **Learn more.**

Hi Avi  7:27 PM

Are you wholesaler of products I can sell on Amazon?  7:28 PM

Hi yes I am  7:28 PM ✓✓

How did you get my number?  7:28 PM ✓✓

My friend gave me  7:28 PM

What do you have in stock?  7:28 PM

Where are you located?  7:28 PM

Please save me as a contact to start getting offers  7:29 PM ✓✓

NJ  7:29 PM ✓✓

Ok can you email  7:29 PM

Ashaikh1231@gmail.com  7:29 PM

Nice to meet you  7:31 PM  

Did you save me as a contact

     

# EXHIBIT 3

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 506 |
| **Invoice Date:** | February 20, 2023 |
| **Payment Due:** | February 20, 2023 |
| **Amount Due (USD):** | **$46,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Xbox Elite Wireless Controller Series 2 – Black** | 400 | $115.00 | $46,000.00 |
| | | **Total:** | $46,000.00 |
| | | **Amount Due (USD):** | $46,000.00 |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# FBA

## Box 1 of 51 - 20lb

SHIP FROM:
Avi Hakim
55 Talmadge Rd
Edison, NJ 08817
United States

SHIP TO:
FBA: Apothecary Movement
TEB9
601 Randolph Road
SOMERSET, NJ 08873
United States

FBA STA (03/06/2023 19:03)          Created: 2023/03/06 02:03 EST (-05)



FBA171S1NBVPU000001

Single SKU
094148228648
Qty 8
P1 - B1

## PLEASE LEAVE THIS LABEL UNCOVERED

**AVI-AKM**
55 TALMADGE RD
EDISON NJ 08817

**20 LBS**          **1 OF 28**

DWT: 12,10,8

**SHIP TO:**
TEB9
601 RANDOLPH ROAD
**SOMERSET NJ 08873**



# NJ 088 9-03

## UPS GROUND
TRACKING #: 1Z R72 6A7 03 5487 1578



BILLING: P/P



XOL 23.02.02        NV45 10.0A 03/2023*

# FBA

## Box 3 of 51 - 20lb

SHIP FROM:
Avi Hakim
55 Talmadge Rd
Edison, NJ 08817
United States

SHIP TO:
FBA: Apothecary Movement
Amazon.com Services, Inc.
401 Independence Road
Florence, NJ 08518-2200
United States

FBA STA (03/06/2023 19:03)                    Created: 2023/03/06 02:03 EST (-05)





FBA171S1NBVPU000003

Single SKU
094148228648
Qty 8
P1 - B3

## PLEASE LEAVE THIS LABEL UNCOVERED

55 TALMADGE RD
EDISON  NJ 08817

**20 LBS**

DWT: 12,10,8

**1 OF 23**

SHIP TO:
AMAZON.COM SERVICES, INC.
401 INDEPENDENCE ROAD
**FLORENCE  NJ 08518-2200**

 

**NJ 086 0-03**

# UPS GROUND

TRACKING #: 1Z R72 6A7 03 3452 9619



BILLING: P/P



XOL 23.02.02      NV45 10.0A 03/2023*

# EXHIBIT 4

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 519 |
| **Invoice Date:** | February 23, 2023 |
| **Payment Due:** | February 23, 2023 |
| **Amount Due (USD):** | **$24,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Kalorik® MAXX® Digital Air Fryer Oven, 26 Quart** | 300 | $80.00 | $24,000.00 |
| | | **Total:** | $24,000.00 |
| | | **Amount Due (USD):** | **$24,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

Date: 2023-03-15

# BILL OF LADING

| SHIP FROM | |
|---|---|
| Avi Hakim | |
| 55 Talmadge Rd | |
| | |
| Edison, NJ, 08817 | |

| **Bill of Lading Number:** | FBA17267RQKV |
|---|---|
| **Amazon PO Id:** | 5JGV84KI |
| **Amazon Reference Number** | 21361516551 |
| **CARRIER NAME:** Amazon Freight LTL | |

| SHIP TO |
|---|
| Amazon.com Services, Inc. |
| 1610 Van Buren Road |
| |
| Easton, PA, 18045-7807 |

| **SCAC:** | AMZX |
|---|---|
| **Pro number:** | 1020103428 |

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: |
| Address: |
| City/State/Zip: |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____       Collect ___✓___       3rd Party _____

## Shipment Details

| | |
|---|---|
| Total Cartons | 118 |
| Num. Stackable Pallets | 0 |
| Num. Unstackable Pallets | 4 |
| Total Shipment Weight | 2124 pounds |
| Total Shipment Volume | 222.222 cubic feet |
| Freight Class | 100.0 |
| Shipment Type | LTL |
| Total Units | 118 |
| Declared (Insurable) Value | 3186.00 USD |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____."

**COD Amount: $** _____
**Fee Terms:   Collect: ☑     Prepaid: ☐**
**Cust omer check acceptable: ☐**

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ▪ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____**Shipper Signature**

| **SHIPPER SIGNATURE / DATE** | Trailer Loaded: | Freight Counted: | **CARRIER SIGNATURE / PICKUP DATE** |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order, except as noted.* |

**PLEASE LEAVE THIS LABEL UNCOVERED**

# FBA

SHIP FROM:
Avi Hakim
55 Talmadge Rd
Edison, NJ 08817
United States

SHIP TO:
FBA: Apothecary Movement
ORD2
23714 W Amoco Rd
CHANNAHON, IL 60410-8758
United States

| BH Elegant - Kalorik 519 [FBA] | Created: 2023/03/13 07:23 CDT (-05) |
|---|---|



FBA17267M3CHU000001

Single SKU
848052006874
Qty 1
P1 - B1

**PLEASE LEAVE THIS LABEL UNCOVERED**

# FBA

| | |
|---|---|
| SHIP FROM:<br>Avi Hakim<br>55 Talmadge Rd<br>Edison, NJ 08817<br>United States | SHIP TO:<br>FBA: Apothecary Movement<br>ORD2<br>23714 W Amoco Rd<br>CHANNAHON, IL 60410-8758<br>United States |

BH Elegant - Kalorik 519 [FBA]                    Created: 2023/03/13 07:23 CDT (-05)



FBA17267M3CHU000002



Single SKU
848052006874
Qty 1
P1 - B4

# EXHIBIT 5

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

**Invoice Number:** 529
**Invoice Date:** March 6, 2023
**Payment Due:** March 6, 2023
**Amount Due (USD):** **$32,400.00**

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **NETGEAR N600 (8x4) WiFi DOCSIS 3.0 Cable Modem Router (C3700)** B00IF0JAYE | 400 | $81.00 | $32,400.00 |

| | | |
|---|---|---|
| Total: | | $32,400.00 |
| Amount Due (USD): | | **$32,400.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

**Asif Shaikh** <ashaikh1231@gmail.com>

to me ▾

Tue, Mar 14, 2023, 1:30 PM

See ups labels attached. Let me know once shipped out. Thanks

3 Attachments • Scanned by Gmail



📄 package-FBA172...

📄 package-FBA1726...

📄 package-FBA1726...

Paid.

Will do, thanks!

Will do.

# FBA

**Box 1 of 1 - 15lb**

| SHIP FROM: | SHIP TO: |
|---|---|
| Apothecary Movement | FBA: Apothecary Movement |
| 1670 S 5500 W | GYR2 |
| Suites 400-500 Dock F | 17341 W MINNEZONA AVE |
| Salt Lake City, UT 84104 | GOODYEAR, AZ 85395-7672 |
| United States | United States |

BH Elegant - NETGEAR 529 [FBA]               Created: 2023/03/13 05:06 MST (-07)



FBA172680HSXU000001

Single SKU
**755263230519**
**Qty 6**
**P1 - B55**

## PLEASE LEAVE THIS LABEL UNCOVERED

APOTHECARY MOVEMENT
1670 S 5500 W
SALT LAKE CITY UT 84104

**15 LBS**

**1 OF 1**

DWT: 12,10,8

SHIP TO:
GYR2
17341 W MINNEZONA AVE
GOODYEAR AZ 85395-7672



# AZ 856 7-67



# UPS GROUND
TRACKING #: 1Z R72 6A7 03 0977 9012

BILLING: P/P



XOL 23.02.02    NV45 11.0A 03/2023*

# FBA

## Box 1 of 22 - 15lb

SHIP FROM:
Apothecary Movement
1670 S 5500 W
Suites 400-500 Dock F
Salt Lake City, UT 84104
United States

SHIP TO:
FBA: Apothecary Movement
LAS1
12300 Bermuda Road
HENDERSON, NV 89044-8746
United States

BH Elegant - NETGEAR 529 [FBA]                    Created: 2023/03/13 05:06 PDT (-07)



FBA17267BWDMU000001



Single SKU
**755263230519**
Qty 6
P1 - B1

## PLEASE LEAVE THIS LABEL UNCOVERED

APOTHECARY MOVEMENT
1670 S 5500 W
SALT LAKE CITY UT 84104

**15 LBS**       **1 OF 22**

DWT: 12,10,8

SHIP TO:
LAS1
12300 BERMUDA ROAD
**HENDERSON  NV  89044-8746**





# NV 890 9-10

# UPS GROUND
TRACKING #: 1Z R72 6A7 03 8848 8581



BILLING: P/P



XOL 23.02.02       NV45 11.0A 03/2023*

**FBA**

Box 1 of 44 - 15lb

SHIP FROM:
Apothecary Movement
1670 S 5500 W
Suites 400-500 Dock F
Salt Lake City, UT 84104
United States

SHIP TO:
FBA: Apothecary Movement
GYR3
8181 W ROOSEVELT ST
PHOENIX, AZ 85043-2356
United States

BH Elegant - NETGEAR 529 [FBA]

Created: 2023/03/13 05:06 MST (-07)



FBA17267JYXHU000001



Single SKU
755263230519
Qty 6
P1 - B3

**PLEASE LEAVE THIS LABEL UNCOVERED**

APOTHECARY MOVEMENT
1670 S 5500 W
SALT LAKE CITY  UT 84104

**15 LBS**       **1 OF 44**

DWT: 12,10,8

SHIP TO:
GYR3
8181 W ROOSEVELT ST
**PHOENIX  AZ  85043-2356**



# AZ 856 7-67

# UPS GROUND

TRACKING #: 1Z R72 6A7 03 7424 8802



BILLING: P/P



XOL 23.02.02        NV45 11.0A 03/2023*

# EXHIBIT 6

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 407 |
| **Invoice Date:** | January 3, 2023 |
| **Payment Due:** | January 3, 2023 |
| **Amount Due (USD):** | **$15,150.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Olay Regenerist Whip Face Moisturizer 1.7 Ounce** | 500 | $11.50 | $5,750.00 |
| **PowerA Fusion Pro Controller** | 100 | $64.00 | $6,400.00 |
| **Hot Tools Pro Artist** | 100 | $30.00 | $3,000.00 |

| | | |
|---|---|---|
| | **Total:** | $15,150.00 |
| | **Amount Due (USD):** | **$15,150.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# FBA

## Box 1 of 10 - 32lb

SHIP FROM:
Avi Hakim
35 Rollingwood Lane
Plymouth, MA 02360
United States

SHIP TO:
FBA: Apothecary Movement
Amazon.com Services, Inc.
401 Independence Road
Florence, NJ 08518-2200
United States

Avi Pro PS controllers                    Created: 2023/01/06 04:58 EST (-05)



FBA170HN70DYU000001

Single SKU
**16554987**
Qty 10
P1 - B1

## PLEASE LEAVE THIS LABEL UNCOVERED

**32 LBS**         **1 OF 3**

35 ROLLINGWOOD LANE
PLYMOUTH  MA 02360

DWT: 18,17,17

SHIP TO:
AMAZON.COM SERVICES, INC.
401 INDEPENDENCE ROAD
**FLORENCE  NJ 08518-2200**



# NJ 086 0-03

## UPS GROUND
TRACKING #: 1Z R73 334 03 4724 4198



BILLING: P/P


™

XOL 22.12.20          NV45 1.0A 01/2023*

PLEASE LEAVE THIS LABEL UNCOVERED

# FBA

**SHIP FROM:**
Avi Hakim
55 Talmadge Rd
Edison, NJ 08817
United States

**SHIP TO:**
FBA: Apothecary Movement
TEB9
601 Randolph Road
SOMERSET, NJ 08873
United States

FBA STA (01/11/2023 20:26)-TEB9                     Created: 2023/01/11 03:26 EST (-05)



FBA170MMVSH0U000001



Single SKU
156487
Qty 6    Exp Aug 31, 2025
Olay

PLEASE LEAVE THIS LABEL UNCOVERED

# FBA

SHIP FROM:
Avi Hakim
55 Talmadge Rd
Edison, NJ 08817
United States

SHIP TO:
FBA: Apothecary Movement
TEB9
601 Randolph Road
SOMERSET, NJ 08873
United States

FBA STA (01/11/2023 20:26)-TEB9                    Created: 2023/01/11 03:26 EST (-05)



FBA170MMVSH0U000002



Single SKU
156487
Qty 6    Exp Aug 31, 2025
Olay

PLEASE LEAVE THIS LABEL UNCOVERED

# FBA

SHIP FROM:
Avi Hakim
55 Talmadge Rd
Edison, NJ 08817
United States

SHIP TO:
FBA: Apothecary Movement
TEB9
601 Randolph Road
SOMERSET, NJ 08873
United States

FBA STA (01/11/2023 20:26)-TEB9                    Created: 2023/01/11 03:26 EST (-05)



FBA170MMVSH0U000001



Single SKU
156487
Qty 6    Exp Aug 31, 2025
Olay

**PLEASE LEAVE THIS LABEL UNCOVERED**

# FBA

| SHIP FROM: | SHIP TO: |
|---|---|
| Avi Hakim | FBA: Apothecary Movement |
| 55 Talmadge Rd | TEB9 |
| Edison, NJ 08817 | 601 Randolph Road |
| United States | SOMERSET, NJ 08873 |
| | United States |

FBA STA (01/11/2023 20:26)-TEB9      Created: 2023/01/11 03:26 EST (-05)



FBA170MMVSH0U000002



Single SKU
156487
Qty 6    Exp Aug 31, 2025
Olay

# EXHIBIT 7

I purchased a 100 serving container and they sent me a 45 serving container. Disappointing

By nick on March 1, 2023.

The box of cookies and creme barbells I just got is not good quality like the last box I got. The chocolate looks old, the bars are all smashed, and the inside is a yellowish orange color. It doesn't taste the same either. Best by date says July 2023 but this order just isn't good anymore. I've opened 3 and they are all the same. If possible, could you send me a fresh box?

By Amazon Customer on March 3, 2023.

Item description clearly states 2 for $12 one is $7.99. I ordered the package of 2 but only reciprocated one. I started a return on the first & requested I be sent the correct item, a package of two! Once again I received a single item. I need two and will not pay $12 each. This is false advertising or a scam!! Either way Amazon needs to make the seller honor the item listing or bar this seller.

By sue seden on March 4, 2023.

Neither lid was screwed onto the jars, so there was jam everywhere in the box.

By Carol on March 4, 2023.

Product (Natural Calm) smelled and tasted moldy. I use this product all the time. This particular container must have been stored poorly. No refund was available and no way to contact seller directly. Will change review if customer service proves corrects this problem.

By C Smith on March 6, 2023.

This is the seconded box of bars I have purchased that are covered in mold!

By Shelly Stober on March 9, 2023.

It's been awhile since I bought this product but I still have some of my last bottle and it's totally different. It doesn't smell, look (diff color), or feel like the original shampoo.... I'm very disappointed! Next time I'll buy it from the salon.

By CK FL on March 9, 2023.

I dunno if you're ignorant and don't know or purposefully scamming people, but that kiehls moisturizer.

By Sara Church on March 9, 2023.

Is there anyway to get a replacement? The package was torn open, the bag of cereal was opened. Thank you

By Lori M. on March 10, 2023.

Ordered 2 items . Received one but not the other . It's a nightmare to try and get in contact with anyone. If I leave a bad Review maybe someone will respond

By Lorraine Mahler on March 11, 2023.

I purchased two bottles of the coenzyme q10 following Dr. Dray's video. The serum is runny and has a watery consistency when applied on skin. This product made me breakout and it can only be associated to this product as it's the only new product that I added. I started with once a week, twice, then three times on alternating days. Can I

ask Amazon for a full refund? I don't know! How do I prove that this is a counterfeit product, right? What a shame. Makes me question other products that I bought and have not used.

By khilna on March 16, 2023.

The item's description states that the order was for "a pack of 2". I only received one bottle. Please sent the second bottle.

By Joei Pitta Flannery on March 17, 2023.

I ordered the super strength Oreganol and received the other version. VERY DISSATISFIED as I can't return or exchange the item I got with what I was supposed to be receiving.

By Amazon Customer on March 18, 2023.

Ordered Chocolate Fudge flavor, received Salted Caramel flavor. Immediately tried to initiate a return, told the item wasn't eligible for return. Sent an email to seller. Seller asked for pictures of the item, which I sent. Seller then responded that because Amazon fulfilled the order, I'd have to contact Amazon. TL/DR: Wrong item sent. Getting the run-around from seller.

By J. Wilcox on March 18, 2023.

Damaged product inside (contents of capsules were spilt everywhere), waste of money and retailer and manufacturer failed to address the issue. Save your money and avoid.

By Nic on March 20, 2023.

Ordered a black bag, received a navy one. As I needed this bag ASAP, I don't think I would be returning this, but I'm not too happy about it.

By nyni1004 on March 23, 2023.

Wrong item received

By pamela on March 30, 2023.

Received the .45oz but ordered and was charged for the 1oz.

The box was open/smashed and cereal bag dumped open in the Amazon cardboard box.

By Amazon Customer on April 4, 2023.

I ordered and paid for two 1 oz oregano oil bottles and received two .45 oz bottles. It cannot be refunded or returned. This is unacceptable.

By Andie on April 4, 2023.

Ordered large bottle. Received small. Called. No call back.

By Jp on April 6, 2023.

The item delivered was not the one I purchased. I got the the purse instead of the backpack. Can you please let me know what I can do?

By Lani Cante on April 9, 2023.

I ordered the hair and body wash, and received the leave in conditioner. I asked for the correct item to be sent .. they sent the leave in conditioner again. The sticker label says hair and body wash but they keep sending the wrong item.. at this point I'm frustrated :( just going to return them and won't buy again from this seller if they're not paying attention

By Alissa B on April 13, 2023.

Vendor places a label for their own inventory/identification over product manufacture label. The item ordered is a daily supplement and just like any supplement/medication, it is important to read the label. In an attempt to remove vendor label, it damages manufacture label making it impossible to read. Product expiration date could not be obtained.

By Jack L. Dye, Jr. on April 15, 2023.

Product was expired for over a year.

By CP on April 16, 2023.

Revived protein powder broke open. Would like a refund

By Amazon Customer on April 21, 2023.

I ordered a volumizing hair spray. The can came had dents on outside of container and the it wouldn't spray. I never used it bc it wouldn't work. I still want this item( just not broken.

By Cindy M. on April 24, 2023.

My vitamins arrived in a broken glass container. This is unacceptable. I would like a new bottle of vitamins or a refund!

By Amazon Customer on April 25, 2023.

Wrong product was sent. I ordered Matte Separation for Men and received Pure Texture molding paste for Men.

By Amazon Customer on April 27, 2023.

Ordered 4 pack and only received 1 container of 100 Capsules.

By E. P. on April 27, 2023.

I ordered a 4 pack for $27.49 but only received 1 pack!!! What happened? How will I get the missing 3 packs? I can't return this item!!!

By Robbin Driscoll on April 28, 2023.

sent the wrong bag and can't replace. terrible experience.

By Chou,Yi-Fan on April 30, 2023.

I purchased the Ergobaby Omni breeze but received the Ergobaby Omni 360 which is a different product made of different materials. I specifically needed the breeze for hot weather climates but did not receive what I ordered. I'm unable to replace the item and am being forced to return for a refund. Because it took several weeks to receive the item, the cost has since gone up. So disappointed.

By Christina Torossian on May 1, 2023.

I bought this vegan caramel sauce and it was in fact not vegan caramel. It's more like a watery sugar substance with added vanilla and brown sugar for color. Do not buy this, i promise you will regret it!!!! If i could give it negative stars i would. It's horrible and has the after taste of toothpaste. I also can't return it, so trash it is because it's horrendous.

By Tiffany Rodriguez on May 13, 2023.

The consistence of this mouse is not what it is supposed to be. I have bought this before and it is not right. I will never buy this from anyone on Amazon again.

By lisa bailey on May 14, 2023.

Received prenatal DHA not the basic prenatal

By Reccas on May 21, 2023.

I ordered the thorne basic prenatal vitamin, and I received DHA, not a prenatal vitamin. I would like a refund or to receive the correct item that I ordered.

By Sally on May 22, 2023.

I received the prenatal DHA not the basic prenatal. An added barcode label placed on the side of the bottle by the seller says "basic prenatal" but the bottle is the prenatal DHA. Please investigate so that further buyers do not receive the wrong product because the additional labeling placed on Thorne bottle by seller is incorrect. Prenatal DHA is not the basic prenatal and only has DHA and EPA

By Victoria on May 24, 2023.

I was ordering crackers but they all showed up as crumbs because there we wrapped 6 boxes together and placed in a bigger box with no buffers. So now they are basically useless as crackers. Terrible waste of money!

By Lauren Leahey on May 25, 2023.

The seller advertises the product Quercetin by Solaray as a "package of 2" for $45+ which is better than the price of one container at $25.48 each. When delivered, the package contains only one container which equates to paying a whopping $46.75 (includes tax) for that one container. The advertisement is misleading and amounts to fraud. Please remove seller from Amazon or correct ambiguity.

By Rick A on May 26, 2023.

I was sent bucked not racked. I would really appreciate the correct product that I ordered

By Stephanie Todd on May 28, 2023.

The honey's lid was off and spilled in the bag even though there was a paper cap under lid. I have a picture.

By Maryann C. on May 31, 2023.

These $65 leggings ripped the 3rd time I wore them. I followed the care instructions. They also have a perfume-like odor about them. In chemo, sensitive to smells & very disappointed.

By Mabon Lugh on May 31, 2023.

The one you delivered are not advance verison

By Sum A. on June 2, 2023.

This jam arrived leaking from jar! So disappointed … we were looking forward to trying it.

By Stephen P. on June 5, 2023.

Product is expired by Jun 2023 a week later after delivery on 24 May 2023, how can it be consumed 90 days of serving in a week. A common seller will not sell such product out, it is a very unpleasant experience which I never encounter for purchasing supplements. Sold by: NaqshBeauty

By MarsSpecter on June 6, 2023.

I ordered the collagen WITHOUT BIOTIN AND RECEIVED WITH BIOTIN! Wrong grams different quantity! Allergies to biotin and can't take it! Won't refund money, but thanks to Amazon I got a refund! Let's get it right next time!

By Amazon Customer on June 8, 2023.

I order 6 bottles advanced but all are not and the price of advanced is more expensive, it's totally not something I ordered, actually I ordered 3 times separately but all received the same things, how I know you will settle this issues?

By Julie W. on June 9, 2023.

I ordered with Hyaluronic and Vitamin C

By Jo on June 11, 2023.

I bought 6 bottles advanced , but they are all original which is cheaper, how can I get my money back?

By Julie W. on June 12, 2023.

Disappointed that I received the plain version instead of the variant I ordered with hyaluronic plus vitamin C

By amor e. on June 14, 2023.

I received the wrong product. Instead of Basic Prenatal, I received Prenatal DHA gel capsules but I am unable to make a return so now I'm stuck with the wrong product.

By Sophia Horen on June 18, 2023.

I had to order the correct product from your company, after you sent me the wrong one. Please accept a return or refund me for the June 16th delivery of the product. I ordered acetyl l-carnitine, and you sent me l-carnitine on that order.

By Wendy on June 19, 2023.

It was said a pack of two and I only received one pack.

By Nicole Logan on June 20, 2023.

No lipstick was in the package

By margaret a. loercher on June 30, 2023.

Never got my feather razor!! Got all my other things but that. I would appreciate you sending it. Thanks

By Amazon Customer on July 1, 2023.

I use Laura Geller and decided to buy from Amazon. When I received the package, the makeup was broken. Had to return it.

By Erie J Courville on July 1, 2023.

I paid for a 5lbs and they sent me a small one

By Roberto Alonso on July 3, 2023.

I ordered and paid for 12 of the iced teas and got one in a box today? WTH is that?

By archangel59 on July 8, 2023.

A good bit of the tablets are crusted to powder I really don't know why but it is an issue it was that many

By Mary 62 on July 12, 2023.

I received 1 (10oz) bottle. We are my other 2 bottles?

By P. Arnold on July 24, 2023.

I ordered the 90 caps bottle and got the 45 caps instead, when I tried to replace the seller rejected my request. Thanks to Amazon Customer Service for the support, if not I would end up robbed.

By Victor A. on July 25, 2023.

The peanut butter was dried out and hard. Almost impossible to use

By Thomas L Irwin on July 28, 2023.

Would give 0 stars is possible... I have used Bare Minerals for 30+ years and THIS is NOT the original well rested id bareMinerals! Such a disappointment!

By L Holt on August 1, 2023.

Only received 1/2 the order. 15 packets instead of 30 as paid for

By Ray R. Nanda on August 2, 2023.

The seam in the product packaging was split and there was a lot of the powder spread inside the shipping bag. Seems like careless packing.

By SeaRic on August 4, 2023

There was a hole in the bag and bunch of the powder spilled into the shipping box

By Kindle Customer on August 4, 2023.

I ordered mineral veil but received fairly light. This has happened twice. I've kept it both times but won't order it again.

By M L Padgett on August 6, 2023.

I ordered chocolate and received vanilla. Can't return it. I ordered another one. Hopefully it's chocolate.

By Blessed_Veteran on August 6, 2023.

It says pack of 12 in the description. I was sent 1 can of pumpkin. I paid $44 for 1 can of pumpkin. Complete rip off.

By Lindsay on August 12, 2023.

Ordered / paid for 30 count. Received one box of 15! Send me the other box I paid for please.

By Kelly Gordon on August 16, 2023.

Item came crushed with open tea bags. Not eligible for return. Please make this right. Maybe don't ship in an envelope

By Jenn Mitchell on August 16, 2023.

The glass bottle that my vitamins were contained in was shattered so there was broken glass in the vitamins and I cannot use the vitamins !!! How do I get a refund

By Angela Hoelz on August 21, 2023.

You delivered the wrong flavor. I ordered vanilla and you gave me chocolate unacceptable.

By Allison on August 24, 2023.

I only received one box 15 count only

By Candace on August 29, 2023.

Either the formula has changed since the last time I used this product, or this is a knock-off. I am an avid self-tanner, and find myself coming back to Loving Tan's "Ultra Dark" many times throughout the years due to its red-brown undertones and how long it lasts. This product is orange. Just straight orange. It is patchy, takes hours to dry down. Nothing like the original. Do not buy! I will be following other's advice and be purchasing directly from the website as I am pretty sure this is a fake!

By Aid on August 31, 2023.

The clock handles are not ROUND, so they don't fit on the clock mechanism??? WHY??

By SHARON on September 17, 2023.

6