# EXHIBIT A

EXHIBIT A

  Apothecary Movement <apothecarymovement@gmail.com>

## Inquiry from Amazon customer Avi Alhakim
1 message

**Avi Alhakim** <1vmxx7q40kv10g1+A04052581IR1GS7BOMGSQ@marketplace.amazon.com>  Fri, Jul 15, 2022 at 4:26 PM
Reply-To: Avi Alhakim <1vmxx7q40kv10g1+A04052581IR1GS7BOMGSQ@marketplace.amazon.com>
To: apothecarymovement@gmail.com



You have received a message.

**Message:**

Hi, I'm a wholesale distributor and have some great deals that are high margin for Amazon.

My number is 347-909-1637

Would you be interested?

| Was this email helpful? | No Response Needed | Report questionable activity |

   

Copyright 2022 Amazon, Inc, or its affiliates. All rights reserved. Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

For Your Information: To help protect the trust and safety of our marketplace, and to help arbitrate potential disputes, we retain all messages buyers and sellers send through Amazon.com for two years. This includes your response to the message above. Amazon.com uses filtering technology to protect buyers and sellers from possible fraud. Messages that fail this filtering will not be transmitted.

We want you to buy with confidence anytime you purchase products on Amazon.com. Learn more about Safe Online Shopping and our safe buying guarantee.

[commMgrTok:A07070691ALBDCXHV8U79]