**Jordan K. Cameron (12051)**
**CAMERON RINGWOOD, LC**
Counsel for Plaintiff
6975 S Union Park Ave. Suite 600
Cottonwood Heights, Utah 84047
Telephone: (385) 463-2524
E-mail: *jordan@cameronringwood.com*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dbas AA WHOLESALE DEALS and SWIFT INNOVATIONS, a New York limited liability company,<br><br>      Defendants. | **MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS UNTIL AFTER A RULING ON MOTION FOR JURISDICTIONAL DISCOVERY [DOC 74]**<br><br><br>Case No.: 2:23cv00845-HCN-DAO<br>Judge Howard C. Nielson, Jr. |

      COMES NOW Plaintiff Apothecary Movement, LLC ("Apothecary"), and respectfully submits this *Motion to Extend Deadline to Respond to Motion to Dismiss until after ruling on the Motion for Jurisdictional Discovery [Doc 74]*.

### Requested Relief

      In light of the pending *Motion for Jurisdictional Discovery* [Doc 74], and pursuant to Fed. R. Civ. P. 6 and DUCivR 7-1, Apothecary respectfully requests that this Court extend its response deadline to the *Motion to Dismiss* until the later of 14 days of denial of the *Motion for*

1

*Jurisdictional Discovery* or 14 days after the completion of jurisdictional discovery.

## Argument

On May 29, 2024, Defendants filed a *Motion to Dismiss for lack of Personal Jurisdiction* [Doc 70]. On June 24, 2024, Plaintiff filed a *Notice of Insufficiency of Evidence and Motion for Jurisdictional Discovery* [Doc 74].

Fed. R. Civ. P. 6 states, "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . ." Presently, the opposition deadline for the *Motion to Dismiss* is July 8, 2023. Because the deadline to respond has not yet passed, and due to the pending *Motion for Jurisdictional Discovery*, good cause exist to extend the deadlines for the *Motion to Dismiss*.

Therefore, Apothecary respectfully requests that this Court extend the deadline to the later of 14 days after a ruling on the *Motion for Jurisdictional Discovery,* in case of denial, or 14 days after the completion of limited jurisdictional discovery as permitted by the court in response to the *Motion for Jurisdictional Discovery*.

## Conclusion

Based on the foregoing, the Court should grant this *Motion for Extension*, and extend the response deadline to the *Motion to Dismiss* until the later of 14 days of denial of the *Motion for Jurisdictional Discovery* or 14 days after the completion of jurisdictional discovery.

DATED this 1st day of July 2024.

CAMERON RINGWOOD, LC

/s/ Jordan K. Cameron
Jordan K. Cameron
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I served the foregoing via ECF, which provided a copy to:

Richard A. Kaplan
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
*Attorneys for Swift Innovations, LLC*

                                            /s/ Jordan K. Cameron
                                            Jordan K. Cameron