# EXHIBIT A

EXHIBIT A

**Jul 15, 2022**

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. **Learn more.**

**Hi Avi**   7:27 PM

Are you wholesaler of products I can sell on Amazon?   7:28 PM

Hi yes I am   7:28 PM ✓✓

How did you get my number?   7:28 PM ✓✓

My friend gave me   7:28 PM

What do you have in stock?   7:28 PM

Where are you located?   7:28 PM

Please save me as a contact to start getting offers   7:29 PM ✓✓

NJ   7:29 PM

Ok can you email   7:29 PM