# EXHIBIT B

# EXHIBIT B

# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.**   Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| BELL PHARMACY | THE UPS STORE | CVS STORE # 2456 |
| 1907 STATE ROUTE 27 | 518 OLD POST RD | 8 EDEN AVE |
| EDISON NJ 08817-3212 | EDISON NJ 08817-4683 | EDISON NJ 08817-3856 |

FOLD HERE

















