Richard A. Kaplan
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dba AA WHOLESALE DEALS; a New York limited liability company,<br><br>Defendants. | **REPLY TO RESPONSE TO MOTION FOR SCHEDULING ORDER**<br><br>Civil No. 2:23-cv-00845-HCN-DAO<br><br>Judge Howard C. Nielson, Jr. |

Defendant BH Elegant Linens, LLC (BH) and nonparties Swift Innovations, LLC, and Avi Alhakim, by and through counsel, Richard A. Kaplan of YOUNG HOFFMAN, LLC, appearing for the limited purpose of contesting personal jurisdiction, respectfully submits this Reply to Plaintiff's Response to Motion for Scheduling Order.

From Plaintiff's Response it is apparent that all parties agree that judicial intervention at this point in these proceedings will be helpful, economical and efficient.  The Motion for Scheduling Conference should be granted, and we request that this Court enter an Order scheduling such Conference at its earliest convenience.

Dated this 23d day of August, 2024.

        /s/ Richard A. Kaplan
Richard A. Kaplan
YOUNG HOFFMAN, LLC
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 23d day of August, 2024, I caused a true copy of the foregoing **Reply to Response to Motion for Scheduling Conference** to be served via the court's electronic filing system upon the following:

> Jordan K. Cameron
> CAMERON RINGWOOD, LC
> 6975 South Union Park Avenue, Suite 600
> Cottonwood Heights, UT 84047
> *Attorneys for Apothecary Movement, LLC*

                                       */s/ Echo Peterson*
                                       Echo Peterson