IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BH ELEGANT LINENS, LLC, dba AA WHOLESALE DEALS, a New York limited liability company; and SWIFT INNOVATIONS, a New York limited liability company,<br><br>Defendants. | ORDER<br><br>Case No. 2:23-cv-845-HCN-DAO<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

In accordance with Docket Number 86, Memorandum Decision and Order:

1. Docket Number 23, Judgment in a Civil Case, is VACATED;

2. To the extent Docket Numbers 27, Writ of Garnishment, and Docket Number 28, Writ of Garnishment, remained in force as to BH Elegant Linens, LLC, these Writs are VACATED;

3. The subpoena issued to Bank of America NA is QUASHED, all documents that Apothecary Movement, LLC obtained through subpoenas issued to Bank of America NA and JP Morgan Chase NA after the court entered Docket Number 23, Judgment in a Civil Case, are STRICKEN from the record, and Apothecary Movement, LLC shall destroy all copies of these documents in its possession;

4. The Clerk's Office shall return by registered mail the check for $423,312.67 sent by Apothecary Movement LLC to this court in connection with Docket Number 51, Notice of Interpleader of Garnished Funds; and

5. Apothecary Movement, LLC shall promptly return to BH Elegant Linens, LLC $423,312.67, the full amount of the garnished funds.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2025.
BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge