# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

May 15, 2023

Jordan K. Cameron (12051)
CAMERON RINGWOOD, LC
6975 South Union Park Avenue
Suite 600
Cottonwood Heights, UT 84047

RE: Return of Interpleader Funds in case 2:23cv00845-HCN-DAO

Counsel,

Please find enclosed the check dated 5/6/24 for $423,312.67 for interpleader funds in the above case.

The check is being returned to you per the order entered by District Judge Howard C. Nielson, Jr. on 4/1/25 (ECF No. 87).

Sincerely,

/s/Jeff Taylor
Jeff Taylor
Deputy Clerk