USPS TRACKING #

9590 9402 7865 2234 6553 66

**United States Postal Service**

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

APR 08 2025

GARY P. SERDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

United Stated District Court
Attn: Jeff Taylor
Orrin G. Hatch U.S. Courthouse
351 S. West Temple, Rm. 1.100
Salt Lake City, UT 84101
Ref: 2:23cv00845-HCN-DAO



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>Brett Talbot                       4/4/25 |
| 1. Article Addressed to:<br>Jordan K. Cameron<br>CAMERON RINGWOOD, LC<br>6975 South Union Park Avenue<br>Suite 600<br>Cottonwood Heights, UT 84047 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No |
| [barcode]<br>9590 9402 7865 2234 6553 66 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)* | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |