AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Apothecary Movement, LLC <br><br> *Plaintiff(s)* <br> v. <br> BH Elegant Linens dba AA Wholesale Deals <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-00845-DAO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BH Elegant Linens dba AA Wholesale Deals
55 Talmage Road
Edison, New Jersey 08817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jordan Cameron
Cameron Ringwood, LC
6975 S Union Park Ave, Suite 600
Cottonwood Heights, UT 84047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 11/17/2023

*Katy Cerna*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00845-DAO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BH Elegant Linens, LLC c/o New York Department of State's office was received by me on *(date)* 04/09/2025.

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nancy Dougherty, Authorized Representative, who is designated by law to accept service of process on behalf of *(name of organization)* BH Elegant Linens, LLC c/o New York Department of State's office on *(date)* 04/10/2025 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/10/2025

*Server's signature*

John Habermehl, Process Server
*Printed name and title*

52 Graw Rd.
Nassau, NY 12123
800-637-1805
*Server's address*

Additional information regarding attempted service, etc:
Service on: BH Elegant Linens, LLC c/o New York Department of State's office
One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231

Served to: Nancy Dougherty, Authorized Representative
(Female, white, 50s, 5'5", 150 lbs)
04/10/2025 at 11:00 AM

Documents served: Summons in a Civil Action, Second Amended Complaint for Damages, Entity Information, $40.00 Filing Fee to "The Department of State"