# EXHIBIT A

Declaration of Asif Shaikh

EXHIBIT A

Jordan K. Cameron **(12051)**
**CAMERON RINGWOOD, LC**
6975 South Union Park Avenue
Suite 600
Cottonwood Heights, UT 84047
Telephone: (801) 845-0087
Email: jordan@cameronringwood.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> BH ELEGANT LINENS, LLC dbas AA WHOLESALE DEALS and SWIFT INNOVATIONS, a New York limited liability company, <br><br> Defendants. | Case No.: 2:23cv00845-HCN-DAO <br><br> **DECLARATION OF ASIF SHAIKH** <br><br><br> Judge Howard C. Nielson, Jr. |

I, Asif Shaikh, being first duly sworn and having personal knowledge of the matters asserted herein, do hereby declare as follows:

1.   I am one of the owners of Apothecary Movement, LLC, the Plaintiff in this case.

2.   I am over the age of 18 and competent to testify to the matters herein.

3.      On July 15, 2022, Avi Alhakim, the sole owner of Defendant BH Elegant Linens, LLC, initiated contact with Apothecary, a Utah company, through Amazon. (*See* Amazon Message, Exhibit 1).

4.      Apothecary's Amazon profile identified Apothecary as a Utah business with its location in West Valley City, Utah. (*See* Amazon Profile, Exhibit 2)

5.      BH Elegant Linens offered its business services to Apothecary which consisted with providing goods that Apothecary could sell on its Amazon store. (*See* Amazon Message).

6.      As part of ongoing negotiations, through WhatsApp, Avi Alhakim continually sent deals which consisting of item UPCs and costs for Apothecary to review and from which Apothecary could select items to sell. (*See* WhatsApp Messages, Exhibit 3).

7.      BH Elegant Linens represented that the goods were new and authentic.

8.      The Parties negotiated that Apothecary would then pick items it would like to sell and offer the items for sale via its Amazon store operating from Utah.

9.      All customer orders for goods would come through Apothecary's Amazon storefront operated from Utah.

10.     All decision-making regarding the sales listings and sales would occur in Utah, by Apothecary.

11.     Apothecary and BH Elegant Linens would then coordinate regarding the fulfillment of orders, which included BH Elegant Linen's shipping new goods into Utah and also directly to Amazon on Apothecary's behalf.

12.     BH Elegant Linen would then invoice Apothecary in Utah.

13.     We did not establish and end date of our relationship. Rather, we understood that their relationship would continue in the long term with obligations extending over a long period of time.

14.     So long as the relationship was beneficial to both parties, BH Elegant Linens would act in a continuing role of providing deals to Apothecary, allowing Apothecary to select the deals it wanted to sell, and then providing the new goods to Apothecary and assisting in the fulfilment of orders for Apothecary.

15.     In or around August 2022, pursuant to the negotiated relationship described above, BH Elegant Linens began supplying goods directly to Apothecary in Utah and also to Amazon warehouses on Apothecary's behalf. (*See* Spreadsheet, Exhibit 4).

16.     The spreadsheet attached as Exhibit 4 shows all orders BH Elegant Linens fulfilled and whether the order were sent to Utah or directly to Amazon.

17.     Also attached as Exhibit 5 are invoices sent from BH Elegant Linens to Apothecary in Utah, and as Exhibit 6, shipping labels used by BH Elegant Linens to ship goods to Utah.

18.     For twelve months, BH Elegant Linens supplied goods for order fulfillment to Apothecary, which orders were obtained by Apothecary through its Amazon store managed from Utah.

19.     In total BH Elegant Linens supplied 22,791 distinct units across 43 transactions to Apothecary pursuant to their relationship. (*See* Spreadsheet and Invoices)

20.     As explained in the *Amended Complaint*, among those transactions were good that were not new, contrary to BH Elegant Linens's representations.

3

21.    Additionally, Apothecary received customer complains arising from the goods shipped directly to Utah including Tom Ford cologne.

22.    Consumers complained about the quality and smell of the cologne, and after inspection, it was determined that the cologne was likely fake.

23.    As part of its ongoing relationship, BH Elegant Linens sold and shipped 160 units of the fake cologne to Apothecary in Utah for which Apothecary paid $21,400.

24.    BH Elegant Linens continuously billed Apothecary by directing invoices to Apothecary in Utah (*See* Invoices).

25.    Over the life of the relationship, BH Elegant Linens invoiced Apothecary the total sum of $889,158, which Apothecary paid from Utah. (*See* Spreadsheet and Invoices)

26.    In or around August 2023, Amazon suspended Apothecary's seller account and cancelled its pending sales.

27.    Amazon took these measures after it was discovered that various goods supplied by BH Elegant Linens were not as advertised, and that inventory quantities were misstated. The goods were not new, rather they were used and/or refurbished.

28.    Rather than providing new items, as was required by our agreement, BH Elegant Linens supplied refurbished, used or fake goods.

I declare under criminal penalty that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 18th day of June 2025.

Asif Shaikh

# EXHIBIT 1

EXHIBIT 1

 Gmail

Apothecary Movement <apothecarymovement@gmail.com>

---

## Inquiry from Amazon customer Avi Alhakim
1 message

**Avi Alhakim** <1vmxx7q40kv10g1+A04052581IR1GS7BOMGSQ@marketplace.amazon.com>    Fri, Jul 15, 2022 at 4:26 PM
Reply-To: Avi Alhakim <1vmxx7q40kv10g1+A04052581IR1GS7BOMGSQ@marketplace.amazon.com>
To: apothecarymovement@gmail.com



---

You have received a message.

**Message:**

**Hi, I'm a wholesale distributor and have some great deals that are high margin for Amazon.**

**My number is 347-909-1637**

**Would you be interested?**

| Was this email helpful? | No Response Needed | Report questionable activity |
| --- | --- | --- |

   

Copyright 2022 Amazon, Inc, or its affiliates. All rights reserved. Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

For Your Information: To help protect the trust and safety of our marketplace, and to help arbitrate potential disputes, we retain all messages buyers and sellers send through Amazon.com for two years. This includes your response to the message above. Amazon.com uses filtering technology to protect buyers and sellers from possible fraud. Messages that fail this filtering will not be transmitted.

We want you to buy with confidence anytime you purchase products on Amazon.com. Learn more about Safe Online Shopping and our safe buying guarantee.

[commMgrTok:A07070691ALBDCXHV8U79]

# EXHIBIT 2

EXHIBIT 2

# Business information

## Business information

**Business name**
Apothecary Movement

**Registered business address** ⑦
4537 s basin ridge ct w
WEST VALLEY CITY 84128
UT US

+17149814651

# EXHIBIT 3

# EXHIBIT 3

 

 **Avi Alhakim**

11/16/2022

**Copper Fit Guardwell Gloves Full...**
The Copper Fit Guardwell Hand
Protector are full finger gloves that ar...
www.amazon.com

https://www.amazon.com/dp/B088NFWPV3?

10k units
$6
FOB NJ

6:05 AM

**Giant Eggman Robot Battle Set with Catapult - 30th**
Sonic the Hedgehog is one of the world's most iconic video game characters of all
time. Along with his friends Tails, Knuckles and Amy, Sonic speeds around the...
www.amazon.com

https://www.amazon.com/Sonic-Hedgehog-Eggman-Battle-Catapult/dp/B07KXSLGBS?
th=1

$15
2800 units

6:11 AM

**Advil Liqui-Gels minis Pain...**
Advil Liqui-Gels minis provide the
concentrated power of Advil in a 33%...
a.co

https://a.co/d/eGOqE7C

$11.75/200ct

6000 units available
Exp 03/24

6:44 AM

**Microsoft Elite Series 2 Controller - Starter Bundle**
The all-new Xbox Elite Wireless Controller Series 2 features over 30 new ways to
play like a pro, including adjustable-tension thumbsticks, wrap-around rubberiz...
www.amazon.com

 

# Avi Alhakim

FOB NJ                                                                                    9:14 AM



**George Foreman 5-Serving Removable Plate Electric Indoor Grill...**

George Foreman 5-Serving Removable Plate Electric Indoor Grill and Panini Press, Black, GRP0004B

www.amazon.com

https://www.amazon.com/George-Foreman-5-Serving-Removable-GRP0004B/dp/B008YS214I?language=en_US

300 units
$70
                                                                                    11:22 AM



**Granitestone Original Stackmaster 15 Piece Nonstick Cookware Set,...**

GRANITESTONE 15-PIECE STACKMASTER SET

www.amazon.com

https://www.amazon.com/GRANITESTONE-Induction-compatible-Scratch-Resistant-Granite-coated-Dishwasher-Safe/dp/B0816ZPCJ6

100 units
$82
                                                                                    11:47 AM



**Family Feud Blockbuster Edition,...**

Survey says ... you're in for hilarious fun when you play the popular television...

a.co

https://a.co/d/2v8aSfp

$7
980 units
                                                                                    12:42 PM

Avi Alhakim
https://a.co/d/deVefj4
...                                                  

price?                                                                           12:44 PM

Avi Alhakim 

What's power xl    6:38 AM

PowerXL Air Fryer Grill 8 in 1 Roast, Bake, Rotisserie, Electric...
Developed by PowerXL, the #1 best-selling indoor grill brand, the Air
Fryer Grill sets a new standard in performance for indoor grill / air frye...
www.amazon.com

https://www.amazon.com/PowerXL-Rotisserie-Electric-Indoor-Accessory/dp/
B086K2N9GN?th=1
6:38 AM

Didn't blast it yet but giving you first dibs    6:38 AM

I can check in an hour when I am by my computer    6:40 AM

Lmk before I send it    7:14 AM

PowerXL Air Fryer Grill 8 in 1 Roast, Bake, Rotisserie, Electric...
Developed by PowerXL, the #1 best-selling indoor grill brand, the Air
Fryer Grill sets a new standard in performance for indoor grill / air frye...
www.amazon.com

https://www.amazon.com/PowerXL-Rotisserie-Electric-Indoor-Accessory/dp/
B086K2N9GN?th=1

$68
480 units
FOB NJ my warehouse
7:15 AM

will pass on it    8:29 AM

you can offer to others    8:29 AM

Ok    8:31 AM

Avi Alhakim
https://a.co/d/deVefj4


 **Avi Alhakim**

Skullcandy Push Ultra True Wireless In-Ear Earbuds - True Black https://a.co/d/7TPWyq7
12:22 PM

Any interest in these?   12:22 PM

cost?   2:27 PM

11/19/2022

**Avi Alhakim**
https://www.amazon.com/NESPRESSO-DESCALING-KIT-UNITS-VERSION/dp/B07H6MTPYQ/... 

CN I do 600 of these?   7:47 AM

Can you take 1 pallet   2:39 PM

How many on that   2:54 PM

1260   2:55 PM

Let me know   3:36 PM

can you do $8 and you have a deal   5:26 PM

11/20/2022

I would need to prep all these   1:09 PM

It's a lot of work   1:09 PM

Not making much on these   1:10 PM

You want 1 pallet?   3:06 PM

11/21/2022



**Avi Alhakim**

Let me know or on toys                                    6:28 PM ✓✓

also let me know when LaMer or drunk elephant is ready, shoudl i send the labels?    6:28 PM ✓✓

Will do    7:27 PM

2/2/2023

 **Olay Regenerist Daily...**
Olay Regenerist Regenerating Serum's fast penetrating formula is a silky, ultr...
a.co

https://a.co/d/3bf2fW0

$10.50
2370 units
6:55 AM

Can you do $10 please if I take 500?    9:06 AM ✓✓

Sold    9:06 AM

https://a.co/d/2pkvqyE    11:42 AM ✓✓

Can i get 400 units of this?    11:42 AM ✓✓

Yes    11:42 AM

Sorry just sold out my supplier said    11:43 AM

ok np, any eta on La mer and Drunk?    11:43 AM ✓✓

Will update you once arrives    12:03 PM

2 week lead time    12:04 PM

# Avi Alhakim



**Avi Alhakim**
I need labels

Send me box weights and dims    2:55 PM

https://www.ups.com/track?loc=en_US&requester=QUIC&tracknum=1ZR733340379150710/trackdetails    4:21 PM

**You**
Hey Avi, this is LaMer, did you find out why the second box hasnt shipped

Those are coming in    4:30 PM

But you asked for weight and box labels    4:46 PM

So if they weren't in, why did you ask for that?    4:46 PM

Avi skmialr situation happened with wahl where you didn't tell us you are only shipping 192/400 units. Do you see my frustration here when I am paying things in full?    4:47 PM

It almost seems like I have to manage you when I have a lot of other stuff going on    4:47 PM

I promise those will ship my supplier shipped these    4:47 PM

I'm getting all your orders shipped    4:48 PM

I don't have doubt but you dond tell me what is shipping and what's not shipping out    4:48 PM

I have to keep tracking which takes a lot of my time    4:48 PM

And when you make a mistake like on wahl you don't respond    4:48 PM

I am losing money with you like on wahl which we still need to deal with    4:48 PM

Anyway I will talk to you tomorrow about this and resolve wahl thing first before I pay for anything    4:49 PM

I promise everything will go out accurately    4:51 PM



# EXHIBIT 4

# EXHIBIT 4

| Date | Invoice Number | Total Units | Total Amount | Items | Shipped to UT or Direct to Amazon |
|---|---|---|---|---|---|
| 8/30/22 | 282 | 288 | $22,752.00 | Wahl Professional | Direct to Amazon |
| 9/7/22 | 290 | 300 | $23,700.00 | Wahl Professional | Direct to Amazon |
| 9/16/22 | 299 | 35 | $2,765.00 | Wahl Professional | Direct to Amazon |
| 9/21/22 | 301 | 700 | $33,760.00 | Wahl Professional/Wow! PODS | Direct to Amazon |
| 9/29/22 | 304 | 1000 | $4,250.00 | Almay Intense | Direct to Amazon |
| 10/3/22 | 309 | 340 | $6,320.00 | Cozy Covers/PAYDAY | Direct to Amazon |
| 10/21/22 | 315 | 150 | $4,110.00 | JJ Cole Bundle | Direct to Amazon |
| 10/27/22 | 323 | 500 | $36,000.00 | Nutribullet 1200 | Direct to Amazon |
| 11/3/22 | 334 | 100 | $10,000.00 | Xbox Elite Wireless | Direct to Amazon |
| 11/3/22 | 335 | 200 | $8,000.00 | Skullcandy Indy | Direct to Amazon |
| 11/4/22 | 338 | 400 | $28,000.00 | Wahl Professional | Direct to Amazon |
| 11/23/22 | 349 | 200 | $18,000.00 | PowerA/Xbox Elite | Direct to Amazon |
| 11/28/22 | 326 | 228 | $9,348.00 | Calphalon 2029637 | Direct to Amazon |
| 12/7/22 | 360 | 630 | $5,040.00 | Nespresso 2pcs | Direct to Amazon |
| 12/20/22 | 372 | 100 | $3,000.00 | Hot Tools | Direct to Amazon |
| 1/3/23 | 407 | 700 | $15,150.00 | Olay Regenerist | Direct to Amazon |
| 1/31/23 | 439 | 200 | $18,800.00 | De'Longhi EC260BK | Direct to Amazon |
| 2/6/23 | 458 | 72 | $8,280.00 | Le Labo Santal | Direct to Amazon |
| 2/6/23 | 457 | 300 | $12,000.00 | Drunk Elephant | Direct to Amazon |
| 2/6/23 | 459 | 200 | $6,400.00 | Drunk Elephant | Direct to Amazon |
| 2/6/23 | 460 | 60 | $12,300.00 | Braun Series | Direct to Amazon |
| 2/6/23 | 454 | 240 | $31,200.00 | Ninja CFP301 | Direct to Amazon |
| 2/6/23 | 454 | 250 | $33,750.00 | Ninja CFP301 | Direct to Amazon |
| 2/8/23 | 469 | 60 | $6,300.00 | Tom Ford Oud | Shipped to UT |
| 2/15/23 | 494 | 8925 | $116,025.00 | It's a 10 | Direct |
| 2/15/23 | 496 | 90 | $6,030.00 | Nespresso Aeroccino | Direct to Amazon |
| 2/17/23 | 484 | 300 | $36,000.00 | Shark HZ2002 | Direct to Amazon |
| 2/20/23 | 506 | 400 | $46,000.00 | Xbox Elite | Direct to Amazon |
| 2/22/23 | 517 | 120 | $9,600.00 | Nespresso Vertuo | Direct to Amazon |
| 2/23/23 | 518 | 426 | $63,900.00 | Ninja IG651 | Direct to Amazon |
| 2/23/23 | 519 | 300 | $24,000.00 | Kalorik® MAXX® | Direct to Amazon |
| 2/28/23 | 524 | 200 | $2,300.00 | Swiss ARMY | Shipped to UT |
| 3/2/23 | 526 | 100 | $15,100.00 | Tom Ford | Shipped to UT |
| 3/6/23 | 529 | 400 | $32,400.00 | NETGEAR N600 | Direct to Amazon |

| 3/8/23 | 535 | 600 | $8,400.00 | Seventh Generation | Direct to Amazon |
| 3/8/23 | 540 | 273 | $21,840.00 | Nespresso Vertuo | Direct to Amazon |
| 3/8/23 | 536 | 300 | $19,500.00 | Granitestone Nonstick | Direct to Amazon |
| 3/8/23 | 537 | 200 | $29,000.00 | La Mer Moisturizing | Direct to Amazon |
| 3/14/23 | 10031 | 100 | $13,100.00 | Shark WS632 | Direct to Amazon |
| 3/20/23 | 10043 | 500 | $57,500.00 | Xbox Elite | Direct to Amazon |
| 7/26/23 | 10312 | 300 | $10,200.00 | Biossance Squalane | Shipped to UT |
| 8/7/23 | 10334 | 2004 | $19,038.00 | Home Health | Direct to Amazon |

# EXHIBIT 5

# EXHIBIT 5

# INVOICE

**AA Wholesale Deals**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

| | |
|---|---|
| **Invoice Number:** | 10043 |
| **Invoice Date:** | March 20, 2023 |
| **Payment Due:** | March 20, 2023 |
| **Amount Due (USD):** | **$57,500.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Xbox Elite Wireless Controller Series 2 – Black**<br>B07SFKTLZM | 500 | $115.00 | $57,500.00 |

|  | | |
|---|---|---|
| **Total:** | $57,500.00 |
| **Amount Due (USD):** | **$57,500.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337



# INVOICE

**AA Wholesale Deals**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

| | |
|---|---|
| **Invoice Number:** | 10043 |
| **Invoice Date:** | March 20, 2023 |
| **Payment Due:** | March 20, 2023 |
| **Amount Due (USD):** | **$57,500.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Xbox Elite Wireless Controller Series 2 – Black**<br>B07SFKTLZM | 500 | $115.00 | $57,500.00 |

| | | |
|---|---|---|
| **Total:** | | $57,500.00 |
| **Amount Due (USD):** | | **$57,500.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337



# INVOICE

**AA Wholesale Deals**
55 Talmadge Road
Edison, New Jersey 08817
United States

BILL TO
**Apothecary Movement**
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

**Invoice Number:** 10312
**Invoice Date:** July 26, 2023
**Payment Due:** July 26, 2023
**Amount Due (USD):** **$10,200.00**

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Biossance Squalane + Copper Peptide Rapid Plumping Serum**<br>810029621489<br><br>ASIN: B09PLKS55F | 300 | $34.00 | $10,200.00 |

| | |
|---|---|
| **Subtotal:** | $10,200.00 |
| **Total:** | $10,200.00 |
| **Amount Due (USD):** | **$10,200.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: AA Wholesale Deals
Phone: 3479091637
Acct#: 671651880
Routing#: 021000021

Once the order is confirmed and paid, it cannot be canceled, modified or changed. Purchaser is responsible for arranging shipping for the products listed in this invoice. Please note that we do not take responsibility for any item that is restricted to sell on Amazon, restricted to send to FBA and/or restricted in any other marketplaces.

We do not claim any Intellectual Properties of any offers presented here in this channel. All copyrights and Intellectual Properties belong to their respective owners. The item may or may not be purchased from manufacturers, distributors, wholesalers, closeouts or liquidation companies.

We take no responsibility for Amazon issues or brand related issues.

We take no responsibility for price fluctuations within Amazon's or any other marketplaces.

If Minimum Advertised Price (MAP) is applicable, we will notify the buyers prior payment.

# INVOICE



**AA Wholesale Deals**
55 Talmadge Road
Edison, New Jersey 08817
United States

---

**Notes / Terms**

For any claims of shortages or receipt of damaged goods, you must file a report with the shipping carrier at the time of delivery. All sales are final and no exchange will be arranged.

PLEASE BE INFORMED THAT ALL SALES ARE FINAL.

# INVOICE



**AA Wholesale Deals**
55 Talmadge Road
Edison, New Jersey 08817
United States

BILL TO
**Apothecary Movement**
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

| | |
|---|---|
| **Invoice Number:** | 10334 |
| **Invoice Date:** | August 7, 2023 |
| **Payment Due:** | August 7, 2023 |
| **Amount Due (USD):** | **$19,038.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Home Health Original Castor Oil - 32 Fl Oz - Promotes Healthy Hair & Skin, Natural Skin Moisturizer - Pure, Cold Pressed, Non-GMO,** 318858501328 | 2004 | $9.50 | $19,038.00 |

| | |
|---|---|
| **Subtotal:** | $19,038.00 |
| **Total:** | $19,038.00 |
| **Amount Due (USD):** | **$19,038.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: AA Wholesale Deals
Phone: 3479091637
Acct#: 671651880
Routing#: 021000021

Once the order is confirmed and paid, it cannot be canceled, modified or changed. Purchaser is responsible for arranging shipping for the products listed in this invoice. Please note that we do not take responsibility for any item that is restricted to sell on Amazon, restricted to send to FBA and/or restricted in any other marketplaces.

We do not claim any Intellectual Properties of any offers presented here in this channel. All copyrights and Intellectual Properties belong to their respective owners. The item may or may not be purchased from manufacturers, distributors, wholesalers, closeouts or liquidation companies.

We take no responsibility for Amazon issues or brand related issues.

We take no responsibility for price fluctuations within Amazon's or any other marketplaces.

If Minimum Advertised Price (MAP) is applicable, we will notify the buyers prior payment.

For any claims of shortages or receipt of damaged goods, you must file a report with the shipping carrier at the time of



# INVOICE

**AA Wholesale Deals**
55 Talmadge Road
Edison, New Jersey 08817
United States

**Notes / Terms**

delivery. All sales are final and no exchange will be arranged.

PLEASE BE INFORMED THAT ALL SALES ARE FINAL.

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 304 |
| **Invoice Date:** | September 29, 2022 |
| **Payment Due:** | September 29, 2022 |
| **Amount Due (USD):** | **$4,250.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Almay Intense i-Color Everyday Neutral, Blues** | 1000 | $4.25 | $4,250.00 |
| | | **Total:** | $4,250.00 |
| | | **Amount Due (USD):** | **$4,250.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 535 |
| **Invoice Date:** | March 8, 2023 |
| **Payment Due:** | March 8, 2023 |
| **Amount Due (USD):** | **$8,400.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Seventh Generation Baby Wipes 768 count** | 600 | $14.00 | $8,400.00 |

| | | |
|---|---|---|
| **Total:** | | $8,400.00 |
| **Amount Due (USD):** | | **$8,400.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 460 |
| **Invoice Date:** | February 6, 2023 |
| **Payment Due:** | February 6, 2023 |
| **Amount Due (USD):** | **$12,300.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Braun Series 7 790cc**<br>B003YJAZZ4 | 60 | $205.00 | $12,300.00 |

| | |
|---|---|
| **Total:** | $12,300.00 |
| **Amount Due (USD):** | **$12,300.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 326 |
| **Invoice Date:** | October 28, 2022 |
| **Payment Due:** | October 28, 2022 |
| **Amount Due (USD):** | **$9,348.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Calphalon 2029637 Premier Hard-Anodized Nonstick 2-Piece** | 228 | $41.00 | $9,348.00 |
| | | **Total:** | $9,348.00 |
| | | **Amount Due (USD):** | **$9,348.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 309 |
| **Invoice Date:** | October 3, 2022 |
| **Payment Due:** | October 3, 2022 |
| **Amount Due (USD):** | **$6,320.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Cozy Covers Infant Quilt Black** | 100 | $20.00 | $2,000.00 |
| **PAYDAY Chocolatey Peanut Caramel Candy** | 240 | $18.00 | $4,320.00 |
| | | **Total:** | $6,320.00 |
| | | **Amount Due (USD):** | **$6,320.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 439 |
| **Invoice Date:** | January 31, 2023 |
| **Payment Due:** | January 31, 2023 |
| **Amount Due (USD):** | **$18,800.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **De'Longhi EC260BK** | 200 | $94.00 | $18,800.00 |
| | | **Total:** | $18,800.00 |
| | | **Amount Due (USD):** | **$18,800.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 457 |
| **Invoice Date:** | February 6, 2023 |
| **Payment Due:** | February 6, 2023 |
| **Amount Due (USD):** | **$12,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Drunk Elephant Passioni Retinol 30 mL** | 300 | $40.00 | $12,000.00 |
| | | **Total:** | $12,000.00 |
| | | **Amount Due (USD):** | **$12,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 459 |
| **Invoice Date:** | February 6, 2023 |
| **Payment Due:** | February 6, 2023 |
| **Amount Due (USD):** | **$6,400.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Drunk Elephant 30 ML**<br>B00L3LA0E6 | 200 | $32.00 | $6,400.00 |

| | |
|---|---|
| **Total:** | $6,400.00 |
| **Amount Due (USD):** | **$6,400.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 536 |
| **Invoice Date:** | March 8, 2023 |
| **Payment Due:** | March 8, 2023 |
| **Amount Due (USD):** | **$19,500.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Granitestone Nonstick 14" Frying Pan with Lid Ultra Durable Mineral and Diamond Triple Coated Surface, Family Sized Open Skillet** | 300 | $65.00 | $19,500.00 |

|  |  |
|---|---|
| **Total:** | $19,500.00 |
| **Amount Due (USD):** | **$19,500.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

---

BILL TO

**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

|  |  |
|---|---|
| **Invoice Number:** | 372 |
| **Invoice Date:** | December 20, 2022 |
| **Payment Due:** | December 20, 2022 |
| **Amount Due (USD):** | **$3,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Hot Tools Pro Artist** | 100 | $30.00 | $3,000.00 |

| | | |
|---|---|---|
| | **Total:** | $3,000.00 |
| | **Amount Due (USD):** | **$3,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 494 |
| **Invoice Date:** | February 15, 2023 |
| **Payment Due:** | February 15, 2023 |
| **Amount Due (USD):** | **$116,025.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **It's a 10 Haircare Miracle Leave-In product, 10 fl. oz.** | 8925 | $13.00 | $116,025.00 |

| | |
|---|---|
| **Total:** | $116,025.00 |
| **Amount Due (USD):** | **$116,025.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 315 |
| **Invoice Date:** | October 21, 2022 |
| **Payment Due:** | October 21, 2022 |
| **Amount Due (USD):** | **$4,110.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **JJ Cole Bundle Me - Urban, Toddler Bunting Bag**<br>ASIN: B07SMLBLSB | 150 | $27.00 | $4,050.00 |
| **FBA Prep** | 150 | $0.40 | $60.00 |

| | | |
|---|---|---|
| | **Total:** | $4,110.00 |
| | **Amount Due (USD):** | **$4,110.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 519 |
| **Invoice Date:** | February 23, 2023 |
| **Payment Due:** | February 23, 2023 |
| **Amount Due (USD):** | **$24,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Kalorik® MAXX® Digital Air Fryer Oven, 26 Quart**<br>B0872DQV7Z | 300 | $80.00 | $24,000.00 |

| | |
|---|---|
| **Total:** | $24,000.00 |
| **Amount Due (USD):** | **$24,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 537 |
| **Invoice Date:** | March 8, 2023 |
| **Payment Due:** | March 8, 2023 |
| **Amount Due (USD):** | **$29,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **La Mer Moisturizing Cream 3.4 Oz** | 200 | $145.00 | $29,000.00 |
| | | **Total:** | $29,000.00 |
| | | **Amount Due (USD):** | **$29,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 458 |
| **Invoice Date:** | February 6, 2023 |
| **Payment Due:** | February 6, 2023 |
| **Amount Due (USD):** | **$8,280.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Le Labo Santal 3.4 oz** | 72 | $115.00 | $8,280.00 |
| | | **Total:** | $8,280.00 |
| | | **Amount Due (USD):** | **$8,280.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 360 |
| **Invoice Date:** | December 7, 2022 |
| **Payment Due:** | December 7, 2022 |
| **Amount Due (USD):** | **$5,040.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Nespresso 2pcs Descaling Kit** | 630 | $8.00 | $5,040.00 |
| | | **Total:** | $5,040.00 |
| | | **Amount Due (USD):** | **$5,040.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO

**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 496 |
| **Invoice Date:** | February 15, 2023 |
| **Payment Due:** | February 15, 2023 |
| **Amount Due (USD):** | **$6,030.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Nespresso Aeroccino**<br>B06XHWQJKN | 90 | $67.00 | $6,030.00 |

| | |
|---|---|
| **Total:** | $6,030.00 |
| **Amount Due (USD):** | **$6,030.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 517 |
| **Invoice Date:** | February 22, 2023 |
| **Payment Due:** | February 22, 2023 |
| **Amount Due (USD):** | **$9,600.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Nespresso Vertuo Next Machine Grey** | 120 | $80.00 | $9,600.00 |
| | | **Total:** | $9,600.00 |
| | | **Amount Due (USD):** | **$9,600.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| **Invoice Number:** | 540 |
| **Invoice Date:** | March 8, 2023 |
| **Payment Due:** | March 8, 2023 |
| **Amount Due (USD):** | **$21,840.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Nespresso Vertuo Next Machine Grey** | 273 | $80.00 | $21,840.00 |
| | | **Total:** | $21,840.00 |
| | | **Amount Due (USD):** | **$21,840.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 529 |
| **Invoice Date:** | March 6, 2023 |
| **Payment Due:** | March 6, 2023 |
| **Amount Due (USD):** | **$32,400.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **NETGEAR N600 (8x4) WiFi DOCSIS 3.0 Cable Modem Router (C3700)** B00IF0JAYE | 400 | $81.00 | $32,400.00 |

| | | |
|---|---|---|
| | **Total:** | $32,400.00 |
| | **Amount Due (USD):** | **$32,400.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO

**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 454 |
| **Invoice Date:** | February 6, 2023 |
| **Payment Due:** | February 6, 2023 |
| **Amount Due (USD):** | **$31,200.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Ninja CFP301 DualBrew Pro System 12-Cup Coffee Maker** | 240 | $130.00 | $31,200.00 |

| | |
|---|---|
| **Total:** | $31,200.00 |
| **Amount Due (USD):** | **$31,200.00** |

**Notes / Terms**

WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 518 |
| **Invoice Date:** | February 23, 2023 |
| **Payment Due:** | February 23, 2023 |
| **Amount Due (USD):** | **$63,900.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Ninja IG651 Foodi Smart XL Pro 7-in-1 Indoor Grill/Griddle Combo** | 426 | $150.00 | $63,900.00 |

| | |
|---|---|
| **Total:** | $63,900.00 |
| **Amount Due (USD):** | **$63,900.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 323 |
| **Invoice Date:** | October 27, 2022 |
| **Payment Due:** | October 27, 2022 |
| **Amount Due (USD):** | **$36,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Nutribullet 1200 Watts 64 oz. Full-Size Blender Combo NBF50500 – Dark Gray** | 500 | $72.00 | $36,000.00 |

| | |
|---|---|
| **Total:** | $36,000.00 |
| **Amount Due (USD):** | **$36,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 484 |
| **Invoice Date:** | February 14, 2023 |
| **Payment Due:** | February 14, 2023 |
| **Amount Due (USD):** | **$36,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Shark HZ2002** | 300 | $120.00 | $36,000.00 |
| | | **Total:** | $36,000.00 |
| | | **Amount Due (USD):** | **$36,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 10031 |
| **Invoice Date:** | March 14, 2023 |
| **Payment Due:** | March 14, 2023 |
| **Amount Due (USD):** | **$13,100.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Shark WS632 WANDVAC System Ultra-Lightweight Powerful Cordless Stick Vacuum with Boost Mode, Charging Dock** | 100 | $131.00 | $13,100.00 |

| | | |
|---|---|---|
| | **Total:** | $13,100.00 |
| | **Amount Due (USD):** | **$13,100.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 335 |
| **Invoice Date:** | November 3, 2022 |
| **Payment Due:** | November 3, 2022 |
| **Amount Due (USD):** | **$8,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Skullcandy Indy ANC** | 200 | $40.00 | $8,000.00 |
| | | **Total:** | $8,000.00 |
| | | **Amount Due (USD):** | **$8,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 524 |
| **Invoice Date:** | February 28, 2023 |
| **Payment Due:** | February 28, 2023 |
| **Amount Due (USD):** | **$2,300.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Swiss ARMY  Eau de Toilet 3.4 oz** | 200 | $11.50 | $2,300.00 |
| | | **Total:** | $2,300.00 |
| | | **Amount Due (USD):** | **$2,300.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021000021

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 469 |
| **Invoice Date:** | February 8, 2023 |
| **Payment Due:** | February 8, 2023 |
| **Amount Due (USD):** | **$6,300.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Tom Ford Oud Wood 50ml** | 60 | $105.00 | $6,300.00 |
| | | **Total:** | $6,300.00 |
| | | **Amount Due (USD):** | **$6,300.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

---

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 526 |
| **Invoice Date:** | March 2, 2023 |
| **Payment Due:** | March 2, 2023 |
| **Amount Due (USD):** | **$15,100.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Tom Ford Oud Wood 100 ML**<br>B00FZ7E7RK | 50 | $122.00 | $6,100.00 |
| **Tom Ford Lost Cherry Unisex 1.7 oz** | 50 | $180.00 | $9,000.00 |

| | | |
|---|---|---|
| | **Total:** | $15,100.00 |
| | **Amount Due (USD):** | **$15,100.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

---

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 338 |
| **Invoice Date:** | November 4, 2022 |
| **Payment Due:** | November 4, 2022 |
| **Amount Due (USD):** | **$28,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Wahl Professional 5-Star Cord/Cordless Magic Clip #8148** | 400 | $70.00 | $28,000.00 |

| | |
|---|---|
| **Total:** | $28,000.00 |
| **Amount Due (USD):** | **$28,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 334 |
| **Invoice Date:** | November 3, 2022 |
| **Payment Due:** | November 3, 2022 |
| **Amount Due (USD):** | **$10,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Xbox Elite Wireless Controller Series 2 – Black** | 100 | $100.00 | $10,000.00 |
| | | **Total:** | $10,000.00 |
| | | **Amount Due (USD):** | **$10,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

---

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 506 |
| **Invoice Date:** | February 20, 2023 |
| **Payment Due:** | February 20, 2023 |
| **Amount Due (USD):** | **$46,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Xbox Elite Wireless Controller Series 2 – Black** | 400 | $115.00 | $46,000.00 |
| | | **Total:** | $46,000.00 |
| | | **Amount Due (USD):** | **$46,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 407 |
| **Invoice Date:** | January 3, 2023 |
| **Payment Due:** | January 3, 2023 |
| **Amount Due (USD):** | **$15,150.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Olay Regenerist Whip Face Moisturizer 1.7 Ounce** | 500 | $11.50 | $5,750.00 |
| **PowerA Fusion Pro Controller** | 100 | $64.00 | $6,400.00 |
| **Hot Tools Pro Artist** | 100 | $30.00 | $3,000.00 |

| | |
|---|---|
| **Total:** | $15,150.00 |
| **Amount Due (USD):** | **$15,150.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# BH Elegant Linens

Dear Amazon Support Team,

I hope this message finds you well. We are writing to address a situation regarding a recent transaction involving BH Elegant Linens, located at 55 Talmadge Road in Edison, New Jersey. We would like to take full responsibility for any inconvenience caused by the inventory sold to Apothecary Movement on March 6, 2023.

Regrettably, we acknowledge that there was an oversight on our part in properly communicating the nature of the inventory to Apothecary Movement. Specifically, we failed to provide clear information that the item in question, the Netgear N600 Cable Modem Router (C3700), was refurbished, even though Apothecary had only ordered New, unopened items in their original packaging.

We sincerely apologize for any confusion or inconvenience this oversight may have caused to both Apothecary Movement and Amazon. Our intention is to ensure transparency and clarity in all our transactions, and we deeply regret that we fell short in this instance.

We greatly value our business relationship with Amazon and strive to uphold the highest standards of professionalism and integrity. Moving forward, we will implement measures to prevent such instances from occurring again and to enhance our communication processes.

Thank you for your understanding and for allowing us the opportunity to rectify this matter. We appreciate your ongoing support and look forward to continuing our positive collaboration.

Best regards,

*BH Elegant Linens*

Avi Alhakim
BH Elegant Linens
347-909-1637
Avialhakim1@gmail.com

8/28/23

M Gmail                                                    **Apothecary Movement <apothecarymovement@gmail.com>**

---

## Termination Notice
1 message

---

**Apothecary Movement** <apothecarymovement@gmail.com>                    Thu, Sep 21, 2023 at 3:09 PM
To: avialhakim1@gmail.com

Hi Avi,

We did a full audit of our account and it has come to our attention that your team did not send all the goods to the FBA
warehouses they claimed to send via FBA shipments on seller central. As such, we are terminating our relationship with
your company, BH Elegant Linens

Thanks
Amaar Ashraf
Apothecary Movement

# INVOICE

**BH Elegant Linens**
55 Talmadge Road
Edison, New Jersey 08817
United States

3479091637

BILL TO

**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| Invoice Number: | 349 |
| --- | --- |
| **Invoice Date:** | November 23, 2022 |
| **Payment Due:** | November 23, 2022 |
| **Amount Due (USD):** | **$18,000.00** |

| Items | Quantity | Price | Amount |
| --- | --- | --- | --- |
| **PowerA Fusion Pro Controller** | 100 | $64.00 | $6,400.00 |
| **Xbox Elite Wireless Controller Series 2 – Black** | 100 | $116.00 | $11,600.00 |

| | |
| --- | --- |
| **Total:** | $18,000.00 |
| **Amount Due (USD):** | **$18,000.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**Duck River**
55 Talmadge Road
Edison, New Jersey 08817
United States

347-909-1637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 299 |
| **Invoice Date:** | September 16, 2022 |
| **Payment Due:** | September 16, 2022 |
| **Amount Due (USD):** | **$2,765.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Wahl Professional 5-Star Cord/Cordless Magic Clip #8148** | 35 | $79.00 | $2,765.00 |

| | |
|---|---|
| **Total:** | $2,765.00 |
| **Amount Due (USD):** | **$2,765.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**Duck River**
55 Talmadge Road
Edison, New Jersey 08817
United States

347-909-1637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 282 |
| **Invoice Date:** | August 30, 2022 |
| **Payment Due:** | August 30, 2022 |
| **Amount Due (USD):** | **$22,752.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Wahl Professional 5-Star Cord/Cordless Magic Clip #8148** | 288 | $79.00 | $22,752.00 |

| | |
|---|---|
| **Total:** | $22,752.00 |
| **Amount Due (USD):** | **$22,752.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**Duck River**
55 Talmadge Road
Edison, New Jersey 08817
United States

347-909-1637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 290 |
| **Invoice Date:** | September 7, 2022 |
| **Payment Due:** | September 7, 2022 |
| **Amount Due (USD):** | **$23,700.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Wahl Professional 5-Star Cord/Cordless Magic Clip #8148** | 300 | $79.00 | $23,700.00 |

| | |
|---|---|
| **Total:** | $23,700.00 |
| **Amount Due (USD):** | **$23,700.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# INVOICE

**Duck River**
55 Talmadge Road
Edison, New Jersey 08817
United States

347-909-1637

BILL TO
**Apothecary Movement**
Asif Shaikh
4537 Basin Ridge Court
West Valley City, Utah 84128
United States

Ashaikh1231@gmail.com

| | |
|---|---|
| **Invoice Number:** | 301 |
| **Invoice Date:** | September 21, 2022 |
| **Payment Due:** | September 21, 2022 |
| **Amount Due (USD):** | **$33,760.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Wahl Professional 5 Star Cordless Detailer #8171** | 300 | $84.00 | $25,200.00 |
| **Wow! PODS Stuff CoComelon Toys Musical Sleep Soother** | 400 | $21.00 | $8,400.00 |
| **FNSKU Label** | 0.4 | $400.00 | $160.00 |

| | | |
|---|---|---|
| | **Total:** | $33,760.00 |
| | **Amount Due (USD):** | **$33,760.00** |

**Notes / Terms**
WIRING INFO:

Chase Bank
Address: 55 Talmadge Rd Edison NJ 08817
Beneficiary: BH Elegant Linens LLC
Phone: 3479091637
Acct#: 671651880
Routing#: 021202337

# EXHIBIT 6

# EXHIBIT 6

# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

UPS Access Point™         UPS Access Point™         UPS Access Point™
BELL PHARMACY             THE UPS STORE             CVS STORE # 2456
1907 STATE ROUTE 27       518 OLD POST RD           8 EDEN AVE
EDISON NJ 08817-3212      EDISON NJ 08817-4683      EDISON NJ 08817-3856

FOLD HERE

















