# EXHIBIT C

Letter to Amazon

EXHIBIT C

# BH Elegant Linens

Dear Amazon Support Team,

I hope this message finds you well. We are writing to address a situation regarding a recent transaction involving BH Elegant Linens, located at 55 Talmadge Road in Edison, New Jersey. We would like to take full responsibility for any inconvenience caused by the inventory sold to Apothecary Movement on March 6, 2023.

Regrettably, we acknowledge that there was an oversight on our part in properly communicating the nature of the inventory to Apothecary Movement. Specifically, we failed to provide clear information that the item in question, the Netgear N600 Cable Modem Router (C3700), was refurbished, even though Apothecary had only ordered New, unopened items in their original packaging.

We sincerely apologize for any confusion or inconvenience this oversight may have caused to both Apothecary Movement and Amazon. Our intention is to ensure transparency and clarity in all our transactions, and we deeply regret that we fell short in this instance.

We greatly value our business relationship with Amazon and strive to uphold the highest standards of professionalism and integrity. Moving forward, we will implement measures to prevent such instances from occurring again and to enhance our communication processes.

Thank you for your understanding and for allowing us the opportunity to rectify this matter. We appreciate your ongoing support and look forward to continuing our positive collaboration.

Best regards,

*BH Elegant Linens*

Avi Alhakim
BH Elegant Linens
347-909-1637
Avialhakim1@gmail.com

8/28/23