# EXHIBIT D

Text Messages

# EXHIBIT D

**Avi Alhakim**

Sep 19, 2023

Asif I promise I really don't have much to cover and I helped you all this way taking back the products and got stuck with them I need to find a way to get rid of them to get some money back  12:36 AM

I hope you can understand  12:36 AM

Avi I understand, you only refunded me money for the products. Now my livelihood is suspended and I have lost money for a month and I have to pay my tram  12:37 AM

Hope you can understand my situation  12:38 AM

Because of wrong products and your mistake, my livelihood is gone  12:38 AM

Mine too man I got fucked from my supplier selling me these  12:38 AM

I legit barely have anything  12:38 AM

You can sue him  12:38 AM