Jordan K. Cameron **(12051)**
**CAMERON RINGWOOD, LC**
6975 South Union Park Avenue
Suite 600
Cottonwood Heights, UT 84047
Telephone: (801) 845-0087
Email: jordan@cameronringwood.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dbas AA WHOLESALE DEALS a New York limited liability company,<br><br>Defendant. | Case No.: 2:23cv00845-HCN-DAO<br><br>**OBJECTION TO EVIDENCE INTRODUCED IN REPLY IN SUPPORT OF MOTION TO DISMISS [DOC 93]**<br><br><br><br>Judge Howard C. Nielson, Jr. |

COMES NOW, Plaintiff, through counsel, and pursuant to DUCivR 7-1(b)(3), and respectfully submits this *Objection to Evidence in Reply in Support of Motion to Dismiss* (Doc 93).

Defendant's *Reply* introduces for consideration a screenshot of a WhatsApp message, Exhibit 2 to Docket Enty 70-1. (*See Reply* at 5). However, that exhibit is an incomplete record. Notably, it does not show the date of the messages.

1

Under Federal Rules of Evidence, Rule 106, an opposing party may introduce additional portions of a document or related statements that are necessary to provide context or fairness to other evidence. Therefore, rather than considering an incomplete document, courts may consider a more complete record to ensure fairness and clarity.

Submitted herewith as <u>Exhibit A</u> is a screenshot of the message thread which includes the date. Notably, the date and time of the WhatApp messages are July 15, 2022, beginning at 7:27 pm. When considering Defendant's Amazon message soliciting business from Plaintiff (*see Shaikh Declaration Exhibit 1,* Doc 92-1), this Court will note that Defendant's message was sent on Friday, July 15, 2022, at 4:26 pm. The WhatApp message sent by Plaintiff to Defendant was sent after Defendant's original solicitation of business from Plaintiff.

## Conclusion

This Court should not consider the incomplete WhatsApp message submitted by Defendant in isolation. In the interest of fairness and clarity, this Court should accept <u>Exhibit A</u> hereto for purposes of determining the timing of the various communications at issue in the *Motion to Dismiss*.

DATED this 2nd day of July 2025.

                                                           CAMERON RINGWOOD, LC

                                                           /s/ Jordan K. Cameron  
                                                           Jordan K. Cameron

## Certificate of Service

      I, the undesigned, certify that on this 2nd day of July 2025, I caused a true and correct copy of the foregoing to be served via ECF filing on the following:

Richard A. Kaplan
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
*Attorneys for Swift Innovations, LLC*