# EXHIBIT A

WhatsApp Messages

EXHIBIT A

