Richard A. Kaplan (18209)
RICHARD KAPLAN LAW
614 East 6th Avenue
Salt Lake City, UT 84113
Telephone: 801-556-5661
Email: rkaplan@richardkaplanlaw.com
*Attorneys for Defendants*

---

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC, dba AA Wholesale Deals, a New York limited liability company,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL AND CHANGE IN CONTACT INFORMATION FOR RICHARD A. KAPLAN**<br><br>Civil No. 2:23-cv-00845<br><br>Judge Howard C. Nielson, Jr. |

Pursuant to DUCivR 83-1.4, YOUNG HOFFMAN, LLC, withdraws from the representation of BH Elegant Linens, LLC, dba AA Wholesale Deals, Swift Innovations and Avi Alhakim (collectively "Clients"). Clients will continue to be represented by Richard A. Kaplan of RICHARD KAPLAN LAW, who has appeared as counsel, and is aware of and will comply with all pending deadlines, hearings and trial dates. Richard A. Kaplan's new contact information is:

Richard A. Kaplan
rkaplan@richardkaplanlaw.com
RICHARD KAPLAN LAW
614 East 6th Avenue
Salt Lake City, UT 84113
801-556-5661

Dated this 28th day of July, 2025.

                                              */s/ Brenden P. Hoffman*
                                              Brenden P. Hoffman
                                              YOUNG HOFFMAN, LLC

Dated this 28th day of July, 2025.

                                              */s/ Richard A. Kaplan*
                                              Richard A. Kaplan
                                              RICHARD KAPLAN LAW