Jordan K. Cameron **(12051)**
**CAMERON RINGWOOD, LC**
6975 South Union Park Avenue
Suite 600
Cottonwood Heights, UT 84047
Telephone: (801) 845-0087
Email: jordan@cameronringwood.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APOTHECARY MOVEMENT, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BH ELEGANT LINENS, LLC dbas AA WHOLESALE DEALS a New York limited liability company,<br><br>Defendant. | Case No.: 2:23cv00845-HCN-DAO<br><br>**ERRATA**<br><br><br><br>Judge Howard C. Nielson, Jr. |

    COMES NOW Plaintiff and respectfully submits this *Errata*.

    The *Second Amended Complaint* (Doc 21) states:

Plaintiff is a Utah limited liability company with three owners: Amaar Ashraf, Asif Shaikh and Avais Ahmed, who are citizens of Utah and California and domiciled in Utah and California. Defendant is a New York limited liability company with a principal place of business in New Jersey and is the alter ego of its sole owner, Avi Alhakim, a citizen of New Jersey who is domiciled in New Jersey.

(Doc. 21 at ¶ 4). While Asif Shaikh is the company representative acting on behalf of the owner,

the ownership structure of Apothecary Movement, LLC is corrected as follows: Apothecary

1

Movement, LLC is a Utah limited liability company domiciled in Utah. It is a wholly owned subsidiary of AAA UTAH INVESTMENTS, LLC, a Utah limited liability company, domiciled in Utah. AAA UTAH INVESTMENTS, LLC has three owners: Amaar Ashraf, Asif Shaikh and Avais Ahmed, who are citizens of Utah and California and domiciled in Utah and California.

*The Declaration of Asif Shaikh* (Doc 45-1) states, "I am one of the owners of Apothecary Movement, LLC." This shall be corrected to state, "I am acting on behalf of the owner of Apothecary Movement, LLC."

*The Declaration of Asif Shaikh* (Doc 46-1) states, "I am one of the owners of Apothecary Movement, LLC, the Plaintiff in this case." This shall be corrected to state, "I am acting on behalf of the owner of Apothecary Movement, LLC."

DATED this 28th day of Aug. 2025.

CAMERON RINGWOOD, LC


/s/ Jordan K. Cameron
Jordan K. Cameron

**Certificate of Service**

      I, the undesigned, certify that on this 28th day of Aug. 2025, I caused a true and correct copy of the foregoing to be served via ECF filing on the following:

Richard A. Kaplan
rkaplan@richardkaplanlaw.com
RICHARD KAPLAN LAW
614 East 6th Avenue
Salt Lake City, UT 84113
*Attorneys for Swift Innovations, LLC*